| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF RHODE ISLAND |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | **Debtor's name** | **Tallulah's Taqueria, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | mobile tallulah<br>tallulah shack<br>Tallulahs Tacos<br>DBA  Ives Store - Tallulah's Taqueria<br>DBA  JTN Store - Tallulah's Taqueria<br>DBA  Sims Store - Tallulah's Taqueria<br>DBA  Tallulahs Commissary |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4967001** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**146 Ives Street**<br>**Providence, RI 02906**<br>Number, Street, City, State & ZIP Code<br><br>**Providence**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | _____ |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Tallulah's Taqueria, LLC**_____   Case number (*if known*)_____
         Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__7225__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Tallulah's Taqueria, LLC**
_____Name_____                                              Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Tallulah's Taqueria, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Tallulah's Taqueria, LLC**                                                            Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April  7, 2025**
                MM / DD / YYYY

**X** **/s/ Kelly Ann Rojas**                                                                **Kelly Ann Rojas**
    Signature of authorized representative of debtor                         Printed name

Title  **Member**

**18. Signature of attorney**

**X** **/s/ Thomas P. Quinn**                                                                Date **April  7, 2025**
    Signature of attorney for debtor                                          MM / DD / YYYY

**Thomas P. Quinn**
Printed name

**McLaughlinQuinn LLC**
Firm name

**148 West River Street, Suite 1E**
**Providence, RI 02904**
Number, Street, City, State & ZIP Code

Contact phone  **401-421-5115**           Email address  **tquinn@mclaughlinquinn.com**

**4780 RI**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Tallulah's Taqueria, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF RHODE ISLAND** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** PO Box 1270 Newark, NJ 07101-1270 | | **Credit Card** | | | | $33,000.00 |
| **Baldor Specialty Inc** 155 Food Center Drive Bronx, NY 10474 | | | | | | $60,396.54 |
| **Chef's Warehouse** 249 Food Ctr Drive Bronx, NY 10474 | | | | | | $25,000.00 |
| **Cintas** P.O. Box 631025 Cincinnati, OH 45263-1025 | | | | | | $30.87 |
| **Citrin Cooperman** 500 Exchange Street, Ste 9-100 Providence, RI 02903 | | | | | | $11,000.00 |
| **CJ&J Trailer Leasing** dba Pilotte's Refrigeration 34 Sears Road Swansea, MA 02777 | | | | | | $1,284.00 |
| **Ecolab Inc.** PO Box 32027 New York, NY 10087 | | | | | | $321.00 |
| **Farm Fresh Rhode Island, LLC** 10 Sims Avenue Providence, RI 02909 | | **Rent owed for 10 Sims Avenue** | | | | $130,329.74 |
| **Krost CPA's** 225 S. Lake Ave., Ste 400 Pasadena, CA 91101 | | **Accounting Services** | | | | $97,570.67 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor **Tallulah's Taqueria, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Liberty Cleaning Inc.**<br>**25 Stone Drive**<br>**Cranston, RI 02920** | | **Cleaning Services at 10 Sims Avenue, Unit 109, Providence, RI 02909** | | | | $300.00 |
| **Navigant Credit Union**<br>**1005 Douglas Pike**<br>**Smithfield, RI 02917** | | | | $288,042.19 | $0.00 | $288,042.19 |
| **Navigant Credit Union**<br>**1005 Douglas Pike**<br>**Smithfield, RI 02917** | | **Line of Credit** | | $50,000.00 | $0.00 | $50,000.00 |
| **On Deck Capital**<br>**901 N Stuart St Ste 700**<br>**Arlington, VA 22203-4129** | | **On Line Merchant Loan** | | $94,000.00 | $0.00 | $94,000.00 |
| **RI Dept of Labor and Training**<br>**Employer Tax Unit**<br>**1511 Pontiac Avenue**<br>**Cranston, RI 02920** | | **Q3 and Q4** | | | | $73.59 |
| **RI Division of Taxation**<br>**Attn: Bankruptcy Unit**<br>**One Capitol Hill**<br>**Providence, RI 02908** | | **Meals and Beverage Tax** | | | | $16,586.03 |
| **RI Division of Taxation**<br>**Attn: Bankruptcy Unit**<br>**One Capitol Hill**<br>**Providence, RI 02908** | | **Sales Tax** | | | | $163,605.09 |
| **T.F. Kinnealey & Company**<br>**1100 Pearl Street**<br>**Brockton, MA 02301** | | | | | | $6,000.00 |

# United States Bankruptcy Court
## District of Rhode Island

In re **Tallulah's Taqueria, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 7, 2025**

**/s/ Kelly Ann Rojas**
**Kelly Ann Rojas**/**Member**
Signer/Title

Ally Auto
PO Box 380902
Minneapolis MN 55438-0902

American Express
PO Box 1270
Newark NJ 07101-1270

Baldor Specialty Inc
155 Food Center Drive
Bronx NY 10474

Caine & Weiner
P.O. Box 55848
Sherman Oaks CA 91413

Chef's Warehouse
249 Food Ctr Drive
Bronx NY 10474

Christopher P. Rhodes, Esq.
Harrington & Rhodes, Ltd.
East Greenwich RI 02818

Cintas
P.O. Box 631025
Cincinnati OH 45263-1025

Citrin Cooperman
500 Exchange Street, Ste 9-100
Providence RI 02903

CJ&J Trailer Leasing
dba Pilotte's Refrigeration
34 Sears Road
Swansea MA 02777

Corporation Service Company
801 Adlai Stevenson Drive
Springfield IL 62703

Daniel E. Burgoyne, Esq.
Partridge Snow & Hahn LLP
40 Westminster Str, Ste 110
Providence RI 02903

Ecolab Inc.
PO Box 32027
New York NY 10087

Farm Fresh Rhode Island, LLC
10 Sims Avenue
Providence RI 02909

Financial Agent Services
P.O. Box 2576
Springfield IL 62708

Heller Properties LLC
Attn: Claude Goldstein
111 Fifth Street
Providence RI 02906

Jacob Rojas
12 Valley Street
Jamestown RI 02835

Kelly Ann Rojas
32 Deck Street
Jamestown RI 02835

Krost CPA's
225 S. Lake Ave., Ste 400
Pasadena CA 91101

Liberty Cleaning Inc.
25 Stone Drive
Cranston RI 02920

Navigant Credit Union
1005 Douglas Pike
Smithfield RI 02917

New England Certified Dev Corp
500 Edgewater Drive, Ste 555
Wakefield MA 01880

North Meadow Properties, LLC
109 Carr Lane
Jamestown RI 02835

```
On Deck Capital
901 N Stuart St Ste 700
Arlington VA 22203-4129


RI Dept of Labor and Training
Employer Tax Unit
1511 Pontiac Avenue
Cranston RI 02920


RI Division of Taxation
Attn: Bankruptcy Unit
One Capitol Hill
Providence RI 02908


Richard F. Hentz, Esq.
McGunagle Hentz, PC
2088 Broad Street
Providence RI 02905


T.F. Kinnealey & Company
1100 Pearl Street
Brockton MA 02301


Tucker, Albin & Associates Inc
1702 N. Collins Blvd., #100
Richardson TX 75080


U.S. Small Buisness Admin
2 North 20th Street, Ste 320
Birmingham AL 35203


U.S. Small Business Admin
380 Westminster St., Rm. 511
Providence RI 02903
```

# United States Bankruptcy Court
## District of Rhode Island

In re **Tallulah's Taqueria, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tallulah's Taqueria, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 7, 2025
Date

/s/ Thomas P. Quinn
**Thomas P. Quinn**
Signature of Attorney or Litigant
Counsel for **Tallulah's Taqueria, LLC**
**McLaughlinQuinn LLC**
**148 West River Street, Suite 1E**
**Providence, RI 02904**
**401-421-5115 Fax:401-421-5141**
**tquinn@mclaughlinquinn.com**