UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: | Tallulah's Taqueria, LLC | BK No. 25-10270 |
| | Debtor-in-Possession | Chapter 11 |

## ORDER AUTHORIZING PAYMENT OF PRE-PETITION PAYROLL AND USE OF EXISTING ACCOUNTS AND PAYROLL COMPANY

On the Emergency Motion for Authorization to Pay Pre-Petition Payroll and to Use Existing Accounts and Payroll Company filed by Tallulah's Taqueria, LLC, Debtor-in-Possession ("Debtor") on April 8, 2025 it is hereby:

**ORDERED**

1. The Debtor's Emergency Motion for Authorization to Pay Pre-Petitioned Payroll is GRANTED;

2. The Debtor is authorized to pay its pre-petitioned gross payroll and 401K match in the amount of $11,436.21;

3. The Debtor is authorized to use its existing pre-petition bank account and payroll company to process the payroll checks, tax deposits and 401K match for the one-week payroll to be paid on April 11, 2025; and

4. The Notice provided in the Debtor's Motion was appropriate under the circumstances and satisfies the requirements of Fed. R. Bankr. P. 2002.

ENTERED:                                    PER ORDER:

_____              _____
Deputy Clerk                                Diane Finkle
                                            U.S. Bankruptcy Judge

| In Re: Tallulah's Taqueria, LLC | Chapter 11 | BK No. 25-10270 |
|---|---|---|

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2025, I electronically filed a proposed Order Authorizing **Payment of Pre-Petition and Use of Existing Accounts and Payroll Company** with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM-ECF System. The following are CM/ECF System participants in this case eligible to receive notice of the filing of such paper(s) electronically:

- Sandra Nicholls            ustpregion01.pr.ecf@usdoj.gov
- Daniel E. Burgoyne     dburgoyne@psh.com, kfrancois@psh.com

I further certify that on April 8, 2025, I served a copy of the above-referenced paper(s) on the non-CM/ECF parties listed below by first class mail and/or email:

Internal Revenue Service
Insolvency Unit 4th Floor
380 Westminster Street
Providence, RI 02903

RI Division of Taxation
Bankruptcy Unit
Chief Collection Section
One Capitol Hill
Providence, RI 02903

State of RI - Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920

Richard Erricola
AVP, Workout Officer
Navigant Credit Union
1005 Douglas Pike
Smithfield, RI 02917-1206
Email: rerricola@navigantcu.org

/s/ Merideth A. Woodside
Merideth A. Woodside