UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:   Tallulah's Taqueria, LLC | BK No. 25-10270 |
| Debtor-in-Possession | Chapter 11 |

### ORDER AUTHORIZING PAYMENT OF PRE-PETITION PAYROLL AND USE OF EXISTING ACCOUNTS AND PAYROLL COMPANY

On the Emergency Motion for Authorization to Pay Pre-Petition Payroll and to Use Existing Accounts and Payroll Company filed by Tallulah's Taqueria, LLC, Debtor-in-Possession ("Debtor") on April 8, 2025 it is hereby:

### ORDERED

1.  The Debtor's Emergency Motion for Authorization to Pay Pre-Petitioned Payroll is GRANTED;

2.  The Debtor is authorized to pay its pre-petitioned gross payroll and 401K match in the amount of $11,436.21;

3.  The Debtor is authorized to use its existing pre-petition bank account and payroll company to process the payroll checks, tax deposits and 401K match for the one-week payroll to be paid on April 11, 2025; and

4.  The Notice provided in the Debtor's Motion was appropriate under the circumstances and satisfies the requirements of Fed. R. Bankr. P. 2002.

| ENTERED: | PER ORDER: |
|---|---|
| JLD | *Diane Finkle* |
| Deputy Clerk | Diane Finkle |
| | U.S. Bankruptcy Judge |