**Fill in this information to identify the case:**

Debtor name  **Tallulah's Taqueria, LLC**

United States Bankruptcy Court for the:  DISTRICT OF RHODE ISLAND

Case number (if known)  **1:25-bk-10270**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 22, 2025__

X /s/ Jacob Rojas
Signature of individual signing on behalf of debtor

**Jacob Rojas**
Printed name

**Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Tallulah's Taqueria, LLC**

United States Bankruptcy Court for the:    DISTRICT OF RHODE ISLAND

Case number (if known)    **1:25-bk-10270**

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................    $            0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................    $        190,317.62

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................................    $        190,317.62

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $        300,302.88

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $        180,264.71

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$       769,166.81

4.  Total liabilities ...................................................................................................................
   Lines 2 + 3a + 3b    $        1,249,734.40

**Fill in this information to identify the case:**

Debtor name    **Tallulah's Taqueria, LLC**

United States Bankruptcy Court for the:    DISTRICT OF RHODE ISLAND

Case number (if known)    **1:25-bk-10270**

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Navigant Credit Union** | **Checking** | **8202** | **$7,736.62** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

|  | **$7,736.62** |
|---|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.  **Security deposit with Farm Fresh Rhode Island for 10 Sims Avenue, Providence, RI 02909** | **$6,381.00** |
|---|---|

| 7.2.  **Security Deposit with Heller Properties, LLC for 146 Ives Street, Providence, RI 02906** | **$2,500.00** |
|---|---|

| Debtor | **Tallulah's Taqueria, LLC** | Case number *(If known)* **1:25-bk-10270** |
|---|---|---|
| | Name | |

|   |   |   |
|---|---|---|
| 7.3. | **Security Deposit with North Meadow Properties, LLC for 35 Naarragansett Avenue, Unit #, Jamestown, RI 02835** | **$1,200.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | **$10,081.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **78,354.09** - **78,354.09** = .... **$0.00**
face amount                doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | **$0.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Food** | | **$0.00** | | **$5,000.00** |
| **Beverage** | | **$0.00** | | **$1,500.00** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

| 22. | **Other inventory or supplies** **Packaging** | | **$0.00** | | **$2,000.00** |
|---|---|---|---|---|---|

| Debtor | **Tallulah's Taqueria, LLC** | Case number *(If known)* **1:25-bk-10270** |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.**                                                                                     | **$8,500.00** |

Add lines 19 through 22. Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Office Chairs/Computers (no market value) | $0.00 | | $0.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**                                                                                     | **$0.00** |

Add lines 39 through 42. Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Debtor   **Tallulah's Taqueria, LLC**                          Case number *(If known)*  **1:25-bk-10270**
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2021 Dodge Ram Refrigerated Van** | **$0.00** | | **$25,000.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Leased ice machine unit at 146 Ives Street,<br>Providence, RI 02906** | **$0.00** | | **$0.00** |
| **Leased dishwasher at 10 Sims Avenue, Unit<br>109, Providence, RI 02909** | **$0.00** | | **$0.00** |
| **Leased outdoor walk-in refrigerator located at<br>35 Narragansett Avenue, Jamestown, RI 02835** | **$0.00** | | **$0.00** |
| **10 Sims Avenue, Unit 109, Providence, RI** | **$0.00** | | **$114,000.00** |
| **Ives Store** | **$0.00** | | **$15,000.00** |
| **Jamestown (JTN) Store** | **$0.00** | | **$10,000.00** |
| **Leased container storage unit at 146 Ives<br>Street, Providence, RI 02906** | **$0.00** | | **$0.00** |

**51.**   **Total of Part 8.**                                                             **$164,000.00**

Add lines 47 through 50.  Copy the total to line 87.

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Debtor | **Tallulah's Taqueria, LLC** | Case number *(If known)* **1:25-bk-10270** |
|--------|------------------------------|---------------------------------------------|
|        | Name |  |

---

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>tallulahstaqueria.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>Loyalty Points (App/Third party provider) | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|-|-------|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Tallulah's Taqueria, LLC** | | Case number *(If known)* **1:25-bk-10270** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,736.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,081.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $164,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $190,317.62 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $190,317.62 |

| | | $ |
|---|---|---|
| **SIMS COMMISSARY : 10 SIMS AVE UNIT 109 PVD, RI 02909** | | |
| ALTO SHAAM 0035 COMBI OVEN, GAS CTP6-10G 2978259-000 | | |
| ALTO SHAAM 0037 COMBI OVEN, GAS CTP20-20G 2972250-000 | | |
| ALTO SHAAM 0041 HEATED LOW TEMP HOLDIN 500-S 2974393-000 | | |
| ALTO SHAAM 0043 HOT FOOD WELL UNIT, DR 300-HW/D6 2976962-000 | | |
| ALTO SHAAM 0043 HOT FOOD WELL UNIT, DR 300-HW/D6 2976963-000 | | |
| ALTO SHAAM 0044 HEATED LOW TEMP HOLDI 750-S 2699805-000 | | |
| AMERICAN PANEL 0022 BLAST CHILLER FREEZER, AP20BCF200-3 0621104624 | | |
| CAPTIVEAIRE 0011 EXHAUST HOOD EXHAUST HOOD 4678850D | | |
| CAPTIVEAIRE 0011A EXHAUST FAN EXHAUST FAN 4678893 | | |
| CAPTIVEAIRE 0011B SUPPLY FAN SUPPLY FAN 4678893P | | |
| CAPTIVEAIRE 0011C ELECTRICAL SYSTEM ELECTRICAL SYSTEM 4678893 | | |
| CAPTIVEAIRE 0029 EXHAUST HOOD EXHAUST HOOD 4678893Y | | |
| CAPTIVEAIRE 0029A EXHAUST FAN EXHAUST FAN 4678893C | | |
| CAPTIVEAIRE 0029B SUPPLY FAN SUPPLY FAN 4678893K | | |
| CAPTIVEAIRE 0029C ELECTRICAL SYSTEM ELECTRICAL SYSTEM 4678893A | | |
| CONTINENTAL REFRIGERATOR 0039 MEGA TOP SANDWICH / SA SW60N24M 16164154 | | |
| CONTINENTAL REFRIGERATOR 0039 MEGA TOP SANDWICH / SA SW60N24M 16169858 | | |
| OPTIPURE 0035A WATER FILTRATION SYSTE QT11+CR 0621 | | |
| GRINDMASTER CO 0049 BEVERAGE DISPENSER, EL D25-3 T516738 | | |
| GRINDMASTER CO 0049 BEVERAGE DISPENSER, EL D25-3 T516740 | | |
| HATCO CORP 0046 HEAT LAMP GRAH-42 83824002123 | | |
| HATCO CORP 0046 HEAT LAMP GRAH-42 83824212123 | | |
| HOSHIZAKI 0023 REACH IN FREEZER F2A-FS L53698E | | |
| HOSHIZAKI 0023 REACH IN FREEZER F2A-FS L53702E | | |
| HOSHIZAKI 0027 ICE MAKER, CUBE KM-1100MAJ L12176E | | |
| HOSHIZAKI 0040 REACH IN FREEZER F1A-FSL L50713F | | |
| IMPERIAL RANGE 0033 GAS FLOOR FRYER IFSSP250T 062625 | | |
| KOLPAK 0024 WALK IN COOLER FABRICATE 410238592 | | |
| KOLPAK 0024A WALK IN COOLER FABRICATE 410236593 | | |
| KROWNE 0012A HANDS FREE ELECTRONIC 16-670 06022021 | | |
| KROWNE 0012A HANDS FREE ELECTRONIC 16-670 0603 | | |
| KROWNE 0012A HANDS FREE ELECTRONIC 16-670 0620 | | |
| KROWNE 0012A HANDS FREE ELECTRONIC 16-670 0621 | | |
| TRUE MFG 0047 BACK BAR CABINET, REFR TB8-24-48G-S-HC-LD 10157302 | | |
| TRUE MFG 0047 BACK BAR CABINET, REFR TB9-24-48G-S-HC-LD 10157303 | | |
| VULCAN 0007 RANGE, 24, 4 OPEN BUR 24S-4B 481999472 | | |
| VULCAN 0009 TILTING SKILLET BRAISI VG40 463036717 | | |
| VULCAN 0032 GAS COUNTERTOP GRIDDLE VCCG48-IS 650205386 | | |
| VULCAN 0032 GAS COUNTERTOP GRIDDLE VCCG48-IS 650207317 | | |
| VULCAN 0059 CHEESEMELTER, GAS VICM36 DV1141067 | | |
| *Tortilla Room 14' Hood + Oven* | | |
| *Seating Inside & Out* | | |
| | | |
| | | |
| | | |
| **IVES STORE** | | |
| | | |
| Three Bay Sink | | |
| 2 Fryolater | | |
| 1 Oven | | |
| Stainless Steel Tables | | |
| Seating (Tables + Chairs) | | |
| | | |
| | | |
| **JTN STORE** | | |
| Electric Oven + Hoood | | |
| Combi Oven | | |
| Three Bay Sink | | |
| Moveable Bar | | |
| Seating (Tables + Chairs) | | |
| | | |
| | | |
| | | |

**Fill in this information to identify the case:**

Debtor name   **Tallulah's Taqueria, LLC**

United States Bankruptcy Court for the:  DISTRICT OF RHODE ISLAND

Case number (if known)  **1:25-bk-10270**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Ally Auto** <br> Creditor's Name <br> **PO Box 380902** <br> **Minneapolis, MN** <br> **55438-0902** <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br> **4913** <br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien <br> **2021 Dodge Ram Refrigerated Van** <br><br> Describe the lien <br> **Automobile Loan** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$6,000.00** | **$25,000.00** |
| **2.2** **CJ&J Trailer Leasing** <br> Creditor's Name <br> **dba Pilotte's Refrigeration** <br> **34 Sears Road** <br> **Swansea, MA 02777** <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **2024 and 2025** <br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien <br> **Leased outdoor walk-in refrigerator located at 35 Narragansett Avenue, Jamestown, RI 02835** <br><br> Describe the lien <br> **Lease** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply | $1,284.00 | $0.00 |

| Debtor | **Tallulah's Taqueria, LLC** | Case number (if known) | **1:25-bk-10270** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Easy Ice, LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**PO Box 650769
Dallas, TX 75265-0769**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
7372**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Leased ice machine unit at 146 Ives Street,
Providence, RI 02906**

**Describe the lien**
**Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ecolab Inc.** | Describe debtor's property that is subject to a lien | $4,976.69 | $0.00 |

Creditor's Name

**PO Box 32027
New York, NY 10087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03.10.2025**

**Last 4 digits of account number
3773**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Leased dishwasher at 10 Sims Avenue, Unit
109, Providence, RI 02909**

**Describe the lien**
**Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Mobile Mini, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**4646 E. Van Buren Street
Suite 400
Phoenix, AZ 85008**

Creditor's mailing address

**Leased container storage unit at 146 Ives
Street, Providence, RI 02906**

**Describe the lien**
**Lease**

**Is the creditor an insider or related party?**
☑ No

---

| Debtor | **Tallulah's Taqueria, LLC** | Case number (if known) | **1:25-bk-10270** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Navigant Credit Union** | Describe debtor's property that is subject to a lien | $288,042.19 | $171,827.62 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Nav CU Checking Acct #8202 ($7736.62), Farm Fresh Security Dep ($6381), Heller Prop Security Dep ($2,500), N Meadow Security Dep (1,200), 2021 Dodge Ram ($25,000), Sims Equip ($114,000), Ives Equip ($15,000), Jamestown Equp ($10,000)**

**1005 Douglas Pike
Smithfield, RI 02917**

Creditor's mailing address

**Describe the lien**

**UCC-1 (1st position)**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

**03.05.2021**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $300,302.88 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Richard F. Hentz, Esq.**<br>**McGunagle Hentz, PC**<br>**2088 Broad Street**<br>**Providence, RI 02905** | Line **2.6** | |
| **U.S. Small Buisness Admin**<br>**2 North 20th Street, Ste 320**<br>**Birmingham, AL 35203** | Line **2.6** | |
| **U.S. Small Business Admin**<br>**380 Westminster St., Rm. 511**<br>**Providence, RI 02903** | Line **2.6** | |

**Fill in this information to identify the case:**

Debtor name      **Tallulah's Taqueria, LLC**

United States Bankruptcy Court for the:   DISTRICT OF RHODE ISLAND

Case number (if known)   **1:25-bk-10270**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**RI Dept of Labor and Training<br>Employer Tax Unit<br>1511 Pontiac Avenue<br>Cranston, RI 02920** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$73.59** | **$73.59** |
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Q3 and Q4** | | |
| | Last 4 digits of account number **2031**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**RI Division of Taxation<br>Attn: Bankruptcy Unit<br>One Capitol Hill<br>Providence, RI 02908** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$163,605.09** | **$163,605.09** |
| | Date or dates debt was incurred<br>**June 2024-February 2025** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Tallulah's Taqueria, LLC** | Case number (if known) | **1:25-bk-10270** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,586.03 | $16,586.03 |

**RI Division of Taxation**
**Attn: Bankruptcy Unit**
**One Capitol Hill**
**Providence, RI 02908**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Meals and Beverage Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,000.00** |

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,396.54** |

**Baldor Specialty Inc**
**155 Food Center Drive**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2078**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Chef's Warehouse**
**249 Food Ctr Drive**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.87** |

**Cintas**
**P.O. Box 631025**
**Cincinnati, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03.2025**

Basis for the claim: _

Last 4 digits of account number **5660**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |

**Citrin Cooperman**
**500 Exchange Street, Ste 9-100**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tallulah's Taqueria, LLC** | Case number (if known) | **1:25-bk-10270** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130,329.74** |
|---|---|---|---|

**Farm Fresh Rhode Island, LLC**
**10 Sims Avenue**
**Providence, RI 02909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03.01.2021**

Basis for the claim:  **Rent owed for 10 Sims Avenue**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97,570.67** |
|---|---|---|---|

**Krost CPA's**
**225 S. Lake Ave., Ste 400**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Accounting Services**

Last 4 digits of account number  **0106**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Liberty Cleaning Inc.**
**25 Stone Drive**
**Cranston, RI 02920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03.2025**

Basis for the claim:  **Cleaning Services at 10 Sims Avenue, Unit 109, Providence, RI 02909**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Navigant Credit Union**
**1005 Douglas Pike**
**Smithfield, RI 02917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03.05.2021**

Basis for the claim:  **Line of Credit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$258,838.99** |
|---|---|---|---|

**New England Certified Dev Corp**
**500 Edgewater Drive, Ste 555**
**Wakefield, MA 01880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10.12.2022**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94,000.00** |
|---|---|---|---|

**On Deck Capital**
**901 N Stuart St Ste 700**
**Arlington, VA 22203-4129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12.20.2022**

Basis for the claim:  **On Line Merchant Loan**

Last 4 digits of account number  **1475**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**T.F. Kinnealey & Company**
**1100 Pearl Street**
**Brockton, MA 02301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Tallulah's Taqueria, LLC** | Case number (if known) | **1:25-bk-10270** |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Caine & Weiner**<br>**P.O. Box 55848**<br>**Sherman Oaks, CA 91413** | Line **3.7**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Christopher P. Rhodes, Esq.**<br>**Harrington & Rhodes, Ltd.**<br>**East Greenwich, RI 02818** | Line **3.10**<br><br>☐ Not listed. Explain _____ | _ |
| 4.3 | **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **3.11**<br><br>☐ Not listed. Explain _____ | _ |
| 4.4 | **Daniel E. Burgoyne, Esq.**<br>**Partridge Snow & Hahn LLP**<br>**40 Westminster Str, Ste 110**<br>**Providence, RI 02903** | Line **3.6**<br><br>☐ Not listed. Explain _____ | _ |
| 4.5 | **Financial Agent Services**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** | Line **3.11**<br><br>☐ Not listed. Explain _____ | _ |
| 4.6 | **Richard F. Hentz, Esq.**<br>**McGunagle Hentz, PC**<br>**2088 Broad Street**<br>**Providence, RI 02905** | Line **3.9**<br><br>☐ Not listed. Explain _____ | _ |
| 4.7 | **Tucker, Albin & Associates Inc**<br>**1702 N. Collins Blvd., #100**<br>**Richardson, TX 75080** | Line **3.2**<br><br>☐ Not listed. Explain _____ | _ |
| 4.8 | **U.S. Small Buisness Admin**<br>**2 North 20th Street, Ste 320**<br>**Birmingham, AL 35203** | Line **3.10**<br><br>☐ Not listed. Explain _____ | _ |
| 4.9 | **U.S. Small Business Admin**<br>**380 Westminster St., Rm. 511**<br>**Providence, RI 02903** | Line **3.10**<br><br>☐ Not listed. Explain _____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 180,264.71 |
| 5b. Total claims from Part 2 | 5b. + | $ | 769,166.81 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 949,431.52 |

**Fill in this information to identify the case:**

Debtor name    **Tallulah's Taqueria, LLC**

United States Bankruptcy Court for the:    DISTRICT OF RHODE ISLAND

Case number (if known)    **1:25-bk-10270**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Leased outdoor walk-in refrigerator located at 35 Narragansett Avenue, Jamestown, RI 02835** | |
| | State the term remaining | | **CJ&J Trailer Leasing dba Pilotte's Refrigeration 34 Sears Road Swansea, MA 02777** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Leased ice machine unit at 146 Ives Street, Providence, RI 02906** | |
| | State the term remaining | | **Easy Ice, LLC PO Box 650769 Dallas, TX 75265-0769** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Leased dishwasher at 10 Sims Avenue, Unit 109, Providence, RI 02909** | |
| | State the term remaining | | **Ecolab Inc. PO Box 32027 New York, NY 10087** |
| | List the contract number of any government contract | | |

| Debtor 1 | Tallulah's Taqueria, LLC | | | Case number (*if known*) | **1:25-bk-10270** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease from March 1, 2021 to February 28, 2031 for Tallulah's Taqueria LLC located at 10 Sims Avenue, Providence, RI 02909** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Farm Fresh Rhode Island, LLC**<br>**10 Sims Avenue**<br>**Providence, RI 02909** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 146 Ives Street, Providence, RI 02906 from July 1, 2016 through June 20, 2026** | |
|---|---|---|---|
| | State the term remaining | | **Heller Properties LLC**<br>**Attn: Claude Goldstein**<br>**111 Fifth Street**<br>**Providence, RI 02906** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Leased container storage unit at 146 Ives Street, Providence, RI 02906** | |
|---|---|---|---|
| | State the term remaining | | **Mobile Mini, Inc.**<br>**4646 E. Van Buren Street**<br>**Suite 400**<br>**Phoenix, AZ 85008** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **10 year lease for Tallulah's Taqueria LLC d/b/a Tallulah's Tacos, beginning October 1, 2020** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **North Meadow Properties, LLC**<br>**109 Carr Lane**<br>**Jamestown, RI 02835** |

**Fill in this information to identify the case:**

Debtor name    **Tallulah's Taqueria, LLC**

United States Bankruptcy Court for the:   DISTRICT OF RHODE ISLAND

Case number (if known)   **1:25-bk-10270**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Jacob Rojas** | **12 Valley Street** <br> **Jamestown, RI 02835** | **Farm Fresh Rhode Island, LLC** | ☐ D <br> ■ E/F   **3.6** <br> ☐ G |
| 2.2 | **Jacob Rojas** | **12 Valley Street** <br> **Jamestown, RI 02835** | **CJ&J Trailer Leasing** | ■ D   **2.2** <br> ☐ E/F <br> ☐ G |
| 2.3 | **Jacob Rojas** | **12 Valley Street** <br> **Jamestown, RI 02835** | **Mobile Mini, Inc.** | ■ D   **2.5** <br> ☐ E/F <br> ☐ G |
| 2.4 | **Jacob Rojas** | **12 Valley Street** <br> **Jamestown, RI 02835** | **Ecolab Inc.** | ■ D   **2.4** <br> ☐ E/F <br> ☐ G |
| 2.5 | **Jacob Rojas** | **12 Valley Street** <br> **Jamestown, RI 02835** | **Easy Ice, LLC** | ■ D   **2.3** <br> ☐ E/F <br> ☐ G |

| Debtor | **Tallulah's Taqueria, LLC** | Case number *(if known)* | **1:25-bk-10270** |

---

<span style="background:black">    </span> **Additional Page to List More Codebtors**

| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. |
| --- |

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.6 | **Kelly Ann Rojas** **32 Deck Street** **Jamestown, RI 02835** | **On Deck Capital** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.7 | **Kelly Ann Rojas** **32 Deck Street** **Jamestown, RI 02835** | **Farm Fresh Rhode Island, LLC** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.8 | **Kelly Ann Rojas** **32 Deck Street** **Jamestown, RI 02835** | **CJ&J Trailer Leasing** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Kelly Ann Rojas** **32 Deck Street** **Jamestown, RI 02835** | **Mobile Mini, Inc.** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Kelly Ann Rojas** **32 Deck Street** **Jamestown, RI 02835** | **Ecolab Inc.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Kelly Ann Rojas** **32 Deck Street** **Jamestown, RI 02835** | **Easy Ice, LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.12 | **Jacob Rojas** **12 Valley Street** **Jamestown, RI 02835** | **Heller Properties LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.5__ |
| 2.13 | **Jacob Rojas** **12 Valley Street** **Jamestown, RI 02835** | **Farm Fresh Rhode Island, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.4__ |

| Debtor | **Tallulah's Taqueria, LLC** | Case number *(if known)* | **1:25-bk-10270** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **Kelly Ann Rojas** | **32 Deck Street**<br>**Jamestown, RI 02835** | **Heller Properties LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.5___ |
| 2.15 | **Kelly Ann Rojas** | **32 Deck Street**<br>**Jamestown, RI 02835** | **Farm Fresh Rhode Island, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.4___ |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Tallulah's Taqueria, LLC**

United States Bankruptcy Court for the:   DISTRICT OF RHODE ISLAND

Case number (if known)   **1:25-bk-10270**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**  **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other   **Ives Street business** | **$256,533.44** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other   **10 Sims Avenue business** | **$102,733.06** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other   **Jamestown business** | **$0.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other   **Ives Street business** | **$1,908,344.85** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other   **10 Sims Avenue business** | **$456,277.16** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other   **Jamestown business** | **$563,029.42** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$3,484,296.00** |

| Debtor | **Tallulah's Taqueria, LLC** | Case number *(if known)* | **1:25-bk-10270** |
|---|---|---|---|

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Heller Properties LLC Attn: Claude Goldstein 111 Fifth Street Providence, RI 02906** | **January, February, March 2025** | **$11,066.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Rent for Ives Lease |
| 3.2. | **Restaurant Depot 140 Kenwood Street Cranston, RI 02907** | **January, February, March 2025** | **$51,881.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Tallulah's Taqueria, LLC**                                          Case number *(if known)*  **1:25-bk-10270**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Navigant Credit Union**<br>**1005 Douglas Pike**<br>**Smithfield, RI 02917** | **Loan Payments**<br>Last 4 digits of account number: _____ | **April 2024** | **$0.00** |

## Part 3:   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Farm Fresh Rhode Island v Tallulah's Taqueria, LLC**<br>**6CA-2025-03461** | **Civil** | **6th Division District Court**<br>**One Dorrance Plaza**<br>**Providence, RI 02903** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Rhode Island Community Food Bank**<br>**200 Niantic Avenue**<br>**Providence, RI 02907** | **Check** | **5/23/2023** | **$1,071.43** |
| **Recipients relationship to debtor**<br>**None** | | | |
| 9.2. **Paul G. Farley III Memorial Fund** | **Cashier's Check** | **06.14.2023** | **$1,000.00** |
| **Recipients relationship to debtor**<br>**None** | | | |
| 9.3. **Rhode Island Community Food Bank**<br>**200 Niantic Avenue**<br>**Providence, RI 02907** | **Check** | **06.14.2023** | **$2,575.63** |
| **Recipients relationship to debtor**<br>**None** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Tallulah's Taqueria, LLC** | | Case number *(if known)* | **1:25-bk-10270** |
|---|---|---|---|---|

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.4. | **Haus of Codec**<br>**330 Cranston Street**<br>**Providence, RI 02907** | **Check** | **06.28.2023** | **$250.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.5. | **Newport Contemporary Ballet**<br>**3 Charles Street**<br>**Newport, RI 02840** | **Gift Card** | **07.10.2023** | **$30.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.6. | **Manton Avenue Project**<br>**55 Putnam Street**<br>**Providence, RI 02909** | **$25 Gift Card, hat, youth baseball t-shirt** | **06.07.2023** | **$83.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.7. | **Children's Friend**<br>**153 Summer Street**<br>**Providence, RI 02903** | **Check** | **07.03.2023** | **$2,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.8. | **Farm Fresh Rhode Island**<br>**10 Sims Avenue, Unit 103**<br>**Providence, RI 02909** | **Cashier's check** | **08.01.2023** | **$1,000.00** |
| | Recipients relationship to debtor<br>**Landlord** | | | |
| 9.9. | **Dorcas International Institute**<br>**of RI**<br>**645 Elmwood Avenue**<br>**Providence, RI 02907-1435** | **Cashier's Check** | **08.01.2023** | **$1,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.10<br>. | **Jamestown Community Farm**<br>**40 Eldred Avenue**<br>**Jamestown, RI 02835** | **Cashier's Check** | **08.16.2023** | **$500.00** |
| | Recipients relationship to debtor<br>**None** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Tallulah's Taqueria, LLC**                                                        Case number *(if known)* **1:25-bk-10270**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.11. | **Jamestown Community Food Pantry**<br>**99 Narragansett Avenue**<br>**P.O. Box 295**<br>**Jamestown, RI 02835** | **Cashier's Check** | **08.01.2023** | **$1,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.12. | **Jamestown Fire Department**<br>**50 Narragansett Avenue**<br>**Jamestown, RI 02835** | **Cashier's Check** | **08.29.2023** | **$500.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.13. | **Jamestown Fire Dept., Tee-Sponsorship**<br>**50 Narragansett Avenue**<br>**Jamestown, RI 02835** | **Check** | **09.01.2023** | **$100.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.14. | **Rhode Island Latino Arts**<br>**PO Box 25118**<br>**Providence, RI 02905** | **Cashier's Check** | **09.13.2023** | **$500.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.15. | **Jamestown Education Foundation**<br>**PO Box 227**<br>**Jamestown, RI 02835** | **Cashier's Check** | **09.13.2023** | **$500.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.16. | **Steel Yard - Iron Pour**<br>**27 Sims Avenue**<br>**Providence, RI 02909** | **Cashier's Check** | **09.13.2023** | **$1,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.17. | **Jamestown PTO**<br>**Melrose School-Wolf Pack Run**<br>**76 Melrose Avenue**<br>**Jamestown, RI 02835** | **Cashier's Check** | **09.23.2023** | **$500.00** |
| | Recipients relationship to debtor | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Tallulah's Taqueria, LLC**                                     Case number *(if known)*  **1:25-bk-10270**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.18 | **Anti Robot Club** | **Cashier's Check** | **11.02.2023** | **$500.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.19 | **DelSesto Middle School**<br>**Latinx/Hispanic Heritage**<br>**Night**<br>**152 Springfield Street**<br>**Providence, RI 02909** | **(4) $25 gift cards** | **2023** | **$100.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.20 | **Wilbury Theatre**<br>**475 Valley Street**<br>**Providence, RI 02908** | **(10) $10 gift cards`** | **2023** | **$100.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.21 | **Boys and Girls Club** | **Cashier's Check** | **11.16.2023** | **$1,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.22 | **We Share Hope**<br>**310 Bourne Avenue, Bldg 70**<br>**Rumford, RI 02916** | **(4) $20 gift cards, (3) XL t-shirts** | **01.23.2024** | **$103.76** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.23 | **Rhode Island Community**<br>**Food Bank**<br>**200 Niantic Avenue**<br>**Providence, RI 02907** | **Cashier's Check** | **01.29.2024** | **$750.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.24 | **RI Coalition to End**<br>**Homelessness**<br>**225 Dyer Street, 2nd Fl**<br>**Providence, RI 02903** | | | **Unknown** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.25 | **TEDx Brown University** | **Sponsorship Package** | **03.09.2024** | **$250.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Tallulah's Taqueria, LLC** | | Case number *(if known)* | **1:25-bk-10270** |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.26. | **Housing Opport for People Everywhere** | **(1) Gift Card** | **03.15.2024** | **$20.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.27. | **Children's Friend** **153 Summer Street** **Providence, RI 02903** | **Cashier's Check** | **09.13.2024** | **$2,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.28. | **Jamestown PTO** **Melrose School-Wolf Pack Run** **76 Melrose Avenue** **Jamestown, RI 02835** | **Cashier's Check** | **09.13.2024** | **$1,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.29. | **Jamestown Education PTO** **76 Melrose Avenue** **Jamestown, RI 02835** | | | **$32.28** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.30. | **Fox Point Boys and Girls Club** **90 Ives Street** **Providence, RI 02906** | **Cashier's Check** | **09.13.2024** | **$587.05** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.31. | **Fox Point Community Garden** | **(1) Gift Card, XL long sleeve shirt** | **09.24.2024** | **$50.24** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.32. | **Rhode Island Community Food Bank** **200 Niantic Avenue** **Providence, RI 02907** | **Check** | **20224** | **$458.96** |
| | **Recipients relationship to debtor** **None** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Tallulah's Taqueria, LLC**                                     Case number *(if known)* **1:25-bk-10270**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.33. | **Crossroads Rhode Island** <br> **162 Broad Street** <br> **Providence, RI 02903** | **(5) $25 Gift Cards** | **10.02.2024** | **$125.00** |
| | Recipients relationship to debtor <br> **None** | | | |
| 9.34. | **Nuestro Mundo** | | | **Unknown** |
| | Recipients relationship to debtor | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? <br> Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McLaughlinQuinn LLC** <br> **148 West River Street, Suite 1E** <br> **Providence, RI 02904** | **Attorney Fees** | **03.26.2025** | **$40,000.00** |
| | Email or website address <br> **tquinn@mclaughlinquinn.com** | | | |
| | Who made the payment, if not debtor? <br> **Kelly Ann Rojas and Jacob Rojas** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Tallulah's Taqueria, LLC** | Case number *(if known)* | **1:25-bk-10270** |

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

**Part 7:**　Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**　Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**　Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

　　☐ No Go to Part 10.
　　■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Tallulah's Taqueria, LLC** | EIN:  **46-4967001** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:**　Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | Tallulah's Taqueria, LLC | Case number (if known) | 1:25-bk-10270 |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Tallulah's Taqueria, LLC | Case number *(if known)*  1:25-bk-10270 |
| --- | --- | --- |

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.  **Citrin Cooperman Advisors LLC**<br>**30 Braintree Hill Office Park**<br>**Suite 300**<br>**Braintree, MA 02184** | **???** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
| --- | --- |
| 26c.1.  **Krost CPA's (2023)**<br>**225 S. Lake Ave., Ste 400**<br>**Pasadena, CA 91101** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | **Tallulah's Taqueria, LLC** | Case number *(if known)* **1:25-bk-10270** |
| --- | --- | --- |

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Kelly Ann Rojas | 32 Deck Street<br>Jamestown, RI 02835 | Member | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jacob Rojas | 12 Valley Street<br>Jamestown, RI 02835 | Member | 50% |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30.** **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | Jacob Rojas<br>12 Valley Street<br>Jamestown, RI 02835 | $34,000.00 | 2024 | Owner Distributions |
| | Relationship to debtor<br>50% Member | | | |
| 30.2. | Kelly Ann Rojas<br>32 Deck Street<br>Jamestown, RI 02835 | $49,350.00 | 2024 | Owner Distribution |
| | Relationship to debtor<br>50% Member | | | |
| 30.3. | Jacob Rojas<br>12 Valley Street<br>Jamestown, RI 02835 | $12,100.00 | 2025 | Owner Distributions |
| | Relationship to debtor<br>50% Member | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Tallulah's Taqueria, LLC**                          Case number *(if known)* **1:25-bk-10270**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4 . | **Kelly Ann Rojas**<br>**32 Deck Street**<br>**Jamestown, RI 02835** | **$4,910.00** | **2025** | **Owner Distributions** |
| | **Relationship to debtor**<br>**50% Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 22, 2025**

**/s/ Jacob Rojas**                                          **Jacob Rojas**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Rhode Island

In re   **Tallulah's Taqueria, LLC** _____   Case No.   25-_____
                                    Debtor(s)          Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **TBD - Hourly Rate** |
    | Prior to the filing of this statement I have received | $ | **5,115.00** |
    | For post-petition legal services, I have received a retainer of | $ | **34,885.00** |

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor   ☑ Other (specify):   **Kelly Ann Rojas and Jacob Rojas**

4.  The source of compensation to be paid to me is:

    ☑ Debtor   ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **The cost of converting a Chapter 11 bankruptcy to a Chapter 7 bankruptcy.**
    **The cost for filing Amended Schedules to add creditors.**
    **The cost of reopening a bankruptcy case.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

04.22.2025 _____          /s/ Thomas P. Quinn _____
_Date_                                **Thomas P. Quinn**
                                      _Signature of Attorney_
                                      **McLaughlinQuinn LLC**
                                      **148 West River Street, Suite 1E**
                                      **Providence, RI 02904**
                                      **401-421-5115  Fax: 401-421-5141**
                                      **tquinn@mclaughlinquinn.com**
                                      _Name of law firm_

# United States Bankruptcy Court
## District of Rhode Island

In re   **Tallulah's Taqueria, LLC**

Debtor(s)

Case No.   **1:25-bk-10270**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jacob Rojas**<br>**12 Valley Street**<br>**Jamestown, RI 02835** | | | **50% member s-corp** |
| **Kelly Ann Rojas**<br>**32 Deck Street**<br>**Jamestown, RI 02835** | | | **50% member s-corp** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 22, 2025**

Signature   **/s/ Jacob Rojas**

**Jacob Rojas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders