UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In Re: Tallulah's Taqueria, LLC          BK. No.: 1:25-bk-10270
       Debtor          Chapter 11

**DEBTOR'S STATUS REPORT PURSUANT TO 11 U.S.C. §1188(c)**

Debtor, Tallulah's Taqueria LLC, hereby submits the following Status Report pursuant to 11 U.S.C. §1188(c):

### I. Introduction

1. On April 7, 2025, the Debtor filed a Voluntary Petition under Chapter 11, Subchapter V, of the Bankruptcy Code.

2. Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to manage its business and financial affairs as a Debtor-in-Possession. No creditors' committee has been appointed in this case.

3. The Court has scheduled a status hearing on Wednesday, May 14, 2025, at 10:00 a.m., via Zoom.

### II. Background

4. The Debtor is a Rhode Island limited liability company that was formed on March 3, 2014. The Debtor operates Tallulah's Taqueria restaurants at three (3) locations: 146 Ives Street, Providence, Rhode Island 02906, 10 Sims Avenue, Providence, Rhode Island 02909, and a seasonal location at 35 Narragansett Avenue, Jamestown, Rhode Island 02835. The Debtor leases all three restaurants from unrelated third-party landlords. The members of the Debtor are Kelly Ann Rojas (50%) and Jake Rojas (50%).

5. Debtor's operations were profitable prior to 2020. Before the onset of the COVID pandemic, the Debtor decided to expand its existing operations and open a third location at 10 Sims Avenue, Providence, RI. The Debtor obtained loans from Navigant Credit Union to finance

the construction of a restaurant and commissary at 10 Sims Avenue. Due to the COVID pandemic, the Debtor experienced significant delays and unanticipated cost overruns during the build out of 10 Sims Avenue. In addition, once the 10 Sims Avenue location was ready to open, the Debtor had difficulty staffing the restaurant due to the effect of the pandemic. The Sims Avenue location was not profitable. The Debtor supported the Sims Avenue location from the operation of its other two profitable locations, Ives Street, Providence and Jamestown, RI.

6. In December 2023, the Washington Bridge in Rhode Island was shut down. The disruption caused by the Washington Bridge shut down and the related construction since the end of 2023 has had a negative impact on the Debtor's revenues at its Ives Street location on the East Side of Providence, RI. The result was that the Debtor was no longer able to support its operations at 10 Sims Avenue, and the Debtor fell behind on its lease payments to its landlord, Farm Fresh Rhode Island. The Debtor remains current on its lease payments at its Ives Street and Jamestown locations.

7. The Debtor filed its Chapter 11 petition on April 7, 2025, due to a pending eviction proceeding filed by Farm Fresh Rhode Island for the 10 Sims Avenue location.

8. The Debtor has four (4) creditors asserting liens on substantially all of its assets, which are, in order of priority:

   a. Navigant Credit Union, which was owed $284,187.00 on a term loan as of the petition date;

   b. Navigant Credit Union, which was owed $50,202.00 on a Line of Credit Agreement as of the petition date;

    c. The United States Small Business Administration ("SBA"), assignee of New England Certified Development Corporation which was owed approximately $258,838.99 as of the petition date;

    d. Financial Agent Services on behalf of On Deck Capital which was owed approximately $94,000.00 as of the petition date.

9. The Debtor believes that the claims of Navigant Credit Union are under secured and the claims of the SBA and On Deck Capital are completely unsecured.

10. The Debtor owes past due priority state sales and meals and beverage taxes in the approximate amount of $180,191.12. The Debtor also owes the Rhode Island Department of Labor & Training a priority tax claim of $73.59.

11. Debtor has approximately $769,166.81 in general unsecured debt, including the under secured and unsecured portions of the Navigant Credit Union, SBA and On Deck Capital claims.

### III. Status

12. Section 1188(c) of the Code provides that: "[n]ot later than fourteen (14) days before the date of the Status Conference under Subsection (a), the Debtor shall file with the Court and serve on the Trustee and all parties in interest a report that details the efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization."

13. It is the Debtor's intention is to file a "bootstrap" plan that (a) restructures the Debtor's secured debt; (b) pays past due state tax obligations in full pursuant to the Bankruptcy Code; and (c) applies all projected disposable income to payments to general unsecured creditors over a 5-year period. Counsel for the Debtor has had initial communications with counsel for Navigant Credit Union and Farm Fresh Rhode Island. The Debtor facilitated an appraisal of its

equipment for Navigant Credit Union. The Debtor in cooperation with Navigant Credit Union and Farm Fresh Rhode Island intends to cease operating the 10 Sims Avenue location and to move to abandon the equipment at that location.

14. Debtor's counsel discussed the Chapter 11 filing with the Subchapter V Trustee and provided the Trustee with the Debtor's history, operations and initial thoughts on a plan of reorganization. The Trustee has indicated that he will assist where possible. Debtor's member, Jake Rojas and counsel attended the Initial Debtor Interview with the Office of the United States Trustee and Subchapter V Trustee on April 17, 2025. The Section 341 Meeting of Creditors is scheduled for May 7, 2025.

15. The Debtor hopes that its efforts to close 10 Sims Avenue and reorganize its two (2) profitable restaurant locations will lead to a consensual plan of reorganization.

### IV. Notice

16. Copies of this Status Report have been furnished by ECF or regular mail to: (a) the Office of the United States Trust for this District; (b) the Subchapter V Trustee; (c) the Debtor's secured creditors; (d) the Debtor's unsecured creditors; and (d) all parties that have

requested notice in this case. The Debtor submits that such service constitutes sufficient notice of this Status Report in the circumstances of this case.

Respectfully submitted,

Debtor,
Tallulah's Taqueria, LLC
By its Attorney,


/s/ Thomas P. Quinn
Thomas P. Quinn (#4780)
McLaughlinQuinn LLC
148 West River Street, Suite 1E
Providence, RI 02904
Tel: (401) 421-5115
Fax: (401) 421-5141
E-Mail: tquinn@mclaughlinquinn.com

Dated: April 30, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed a **Debtor's Status Report Pursuant to 11 U.S.C. §1188(c)** with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM-ECF System. The following are CM/ECF System participants in this case eligible to receive notice of the filing of such paper(s) electronically:

- Sandra Nicholls — ustpregion01.pr.ecf@usdoj.gov, sandra.nicholls@usdoj.gov
- Joseph M. DiOrio — jdiorio@pldolaw.com, aperry@pldolaw.com, RI02@ecfcbis.com, pmacnie@pldolaw.com, kstamp@pldolaw.com, agruttadauria@pldolaw.com, arubino@pldolaw.com
- Daniel E. Burgoyne — dburgoyne@psh.com, kfrancois@psh.com
- Matthew J. McGowan — Mmcgowan@sklawri.com, kgerman@sklawri.com

I further certify that on April 30, 2025, I served a copy of the above-referenced paper(s) on the non-CM/ECF parties in interest listed below and to all creditors on the attached Label Matrix via first class mail, postage pre-paid:

Internal Revenue Service
Insolvency Unit 4th Floor
380 Westminster Street
Providence, RI 02903

RI Division of Taxation
Bankruptcy Unit
c/o Richard P. Smith
Chief – Collection Section
One Capitol Hill
Providence, RI 02903

State of RI - Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920

/s/ Merideth A. Woodside
Merideth A. Woodside

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0103-1<br>Case 1:25-bk-10270<br>District of Rhode Island<br>Providence<br>Tue Apr 29 11:22:19 EDT 2025 | Ally Auto<br>PO Box 380902<br>Minneapolis MN 55438-0902 | American Express<br>PO Box 1270<br>Newark NJ 07101-1270 |
| Baldor Specialty Inc<br>155 Food Center Drive<br>Bronx NY 10474-7136 | Daniel E. Burgoyne<br>Partridge Snow & Hahn LLP<br>40 Westminster Street, Suite 1100<br>Providence, RI 02903-2527 | CJ&J Trailer Leasing<br>dba Pilotte's Refrigeration<br>34 Sears Road<br>Swansea MA 02777-4517 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Chef's Warehouse<br>249 Food Ctr Drive<br>Bronx NY 10474 | Christopher P. Rhodes, Esq.<br>Harrington & Rhodes, Ltd.<br>East Greenwich RI 02818 |
| Cintas<br>P.O. Box 631025<br>Cincinnati OH 45263-1025 | Citrin Cooperman<br>500 Exchange Street, Ste 9-100<br>Providence RI 02903-2635 | Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield IL 62703-4261 |
| Daniel E. Burgoyne, Esq.<br>Partridge Snow & Hahn LLP<br>40 Westminster Str, Ste 110<br>Providence RI 02903-2527 | Joseph M. DiOrio<br>Pannone Lopes Devereaux & O'Gara LLC<br>1301 Atwood Avenue<br>Suite 215 N<br>Johnston, RI 02919-4946 | Easy Ice, LLC<br>PO Box 650769<br>Dallas, TX 75265-0769 |
| Ecolab Inc.<br>PO Box 32027<br>New York NY 10087-2027 | Farm Fresh Rhode Island, LLC<br>10 Sims Avenue<br>Providence RI 02909-1165 | Financial Agent Services<br>P.O. Box 2576<br>Springfield IL 62708-2576 |
| Heller Properties LLC<br>Attn: Claude Goldstein<br>111 Fifth Street<br>Providence RI 02906-2801 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jacob Rojas<br>12 Valley Street<br>Jamestown RI 02835-1423 | Kelly Ann Rojas<br>32 Deck Street<br>Jamestown RI 02835-2625 | Krost CPA's<br>225 S. Lake Ave., Ste 400<br>Pasadena CA 91101-3010 |
| Krost CPA's / Eisner Amper<br>225 S. Lake Ave<br>Suite 400<br>Pasadena, CA 91101-3010 | Liberty Cleaning Inc.<br>25 Stone Drive<br>Cranston RI 02920-1321 | Matthew J. McGowan<br>Sylvia & Kiskry LLC<br>56 Exchange Terrace<br>Providence, RI 02903-1772 |
| Mobile Mini, Inc.<br>4646 E. Van Buren Street<br>Suite 400<br>Phoenix, AZ 85008-6927 | (p)NAVIGANT CREDIT UNION<br>1005 DOUGLAS PIKE<br>SMITHFIELD RI 02917-1206 | New England Certified Dev Corp<br>500 Edgewater Drive, Ste 555<br>Wakefield MA 01880-6232 |

| | | |
|---|---|---|
| Sandra Nicholls<br>U.S. Trustee's Office<br>U.S. Courthouse<br>One Exchange Terrace Suite 431<br>Providence, RI 02903-1744 | Sandra Nicholls<br>Office of the U.S. Trustee<br>U.S. Courthouse<br>One Exchange Terrace Suite 431<br>Providence, RI 02903-1744 | North Meadow Properties, LLC<br>109 Carr Lane<br>Jamestown RI 02835-1703 |
| On Deck Capital<br>901 N Stuart St Ste 700<br>Arlington VA 22203-4129 | Thomas P. Quinn<br>McLaughlin & Quinn<br>148 West River Street, Suite 1E<br>Providence, RI 02904-2615 | Thomas P. Quinn<br>McLaughlinQuinn LLC<br>148 West River Street, Suite 1E<br>Providence, RI 02904-2615 |
| RI Dept of Labor and Training<br>Employer Tax Unit<br>1511 Pontiac Avenue<br>Cranston RI 02920-4407 | RI Division of Taxation<br>Bankruptcy Unit<br>co Richard P. Smith<br>Chief - Collection Section<br>One Capitol Hill<br>Providence, RI 02908-5816 | RI Division of Taxation<br>Attn: Bankruptcy Unit<br>One Capitol Hill<br>Providence RI 02908-5801 |
| Richard F. Hentz, Esq.<br>McGunagle Hentz, PC<br>2088 Broad Street<br>Providence RI 02905-3342 | (p)U S  SECURITIES AND EXCHANGE COMMISSION<br>ATTN BOSTON REGIONAL OFFICE<br>33 ARCH STREET 24TH FLOOR<br>BOSTON MA 02110-1424 | State of RI - Labor and Training<br>Legal Department<br>Bldg 72 3rd Floor<br>1511 Pontiac Avenue<br>Cranston, RI 02920-4407 |
| T.F. Kinnealey & Company<br>1100 Pearl Street<br>Brockton MA 02301-5410 | Tallulah's Taqueria, LLC<br>146 Ives Street<br>Providence, RI 02906-3829 | Tucker, Albin & Associates Inc<br>1702 N. Collins Blvd., #100<br>Richardson TX 75080-3662 |
| U.S. Small Buisness Admin<br>2 North 20th Street, Ste 320<br>Birmingham AL 35203-4002 | U.S. Small Business Admin<br>380 Westminster St., Rm. 511<br>Providence RI 02903-3239 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>P.O. Box 55848<br>Sherman Oaks CA 91413 | Internal Revenue Service<br>Insolvency Unit 4th Floor<br>380 Westminster Street<br>Providence, RI 02903 | (d)Internal Revenue Service<br>Insolvency Unit - 4th Floor<br>380 Westminster Street<br>Providence, RI 02903 |
| Navigant Credit Union<br>1005 Douglas Pike<br>Smithfield, RI 02917 | (d)Navigant Credit Union<br>1005 Douglas Pike<br>Smithfield RI 02917 | Securities and Exchange<br>Boston Regional Office<br>33 Arch Street 23rd Floor<br>Boston, MA 02110-1424 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Farm Fresh Rhode Island

(d)State of RI - Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920-4407

End of Label Matrix
Mailable recipients    46
Bypassed recipients     2
Total                  48