# PARTRIDGE SNOW & HAHN LLP

Daniel E. Burgoyne
(401) 861-8254
dburgoyne@psh.com

March 7, 2025

**VIA FEDERAL EXPRESS**
**AND ELECTRONIC MAIL**

Tallulah's Taqueria, LLC
146 Ives Street
Providence, RI  02906
Attn: Kelly Ann Rojas
kellyann@tallulahstagueria.com

      RE:    Suite #109 (the "Premises") within the Farm Fresh Food Hub, 10 Sims Avenue, Providence, Rhode Island, 02909 (the "Building");
Lease dated March 1, 2021 (the "Lease") by and between Tallulah's Taqueria, LLC ("Tenant") and Farm Fresh Rhode Island ("Landlord")

## **NOTICE OF DEFAULT**

Dear Ms. Rojas:

    This office represents the Landlord with respect to the Premises occupied by Tenant under the Lease dated March 1, 2021.  This letter constitutes Landlord's Notice of Default and demand for payment.

    As of this date, Tenant has failed to pay sums owed to the Landlord under the lease, including base rent and utilities, as follows:

- $4,848.91 representing a portion of the rent owed for December 2023.
- $125,480.83 representing unpaid rent in the amount of $7,232.00 per month for the months of January 2024 through February 2025, and unpaid utilities for the months of November 2023 through January 2025.

These amounts are set forth in greater detail in the attached statement.

    Accordingly, demand is now made that Tenant remit payment to Landlord in the total amount of **$130,329.74**, no later than March 17, 2025.

    If Tenant fails to pay the amount due in a timely manner, Landlord will seek all remedies available to it under the Lease, which will include termination of the Lease pursuant to Section 20, a civil action to recover possession of the premises, and an action for money damages.  In that event, Landlord will seek to recover all damages that it has incurred due to the Tenant's defaults

Tallulah's Taqueria, LLC
March 7, 2025
Page 2

PARTRIDGE SNOW & HAHN LLP

including base rent, utilities, interest, costs of collection including attorney's fees, and costs associated with reletting, all as provided in Section 20.2 of the Lease.

          Sincerely,

          PARTRIDGE SNOW & HAHN LLP

          */s/ Daniel E. Burgoyne*

DEB/klf
Enclosure

cc:    John E. Scholhamer, Esq., 1481 Wampanoag Trail, East Providence, RI  02915 *(via first-class mail)*

       Jesse Rye, Executive Director, Farm Fresh Rhode Island (*via e-mail only*)

4901-6381-9557

# Farm Fresh Rhode Island
## Invoices and Received Payments
**September 1, 2023 - March 7, 2025**

**Tallulah's Taqueria, LLC**

| Date | Transaction Type | Memo/Description | Num | Amount |
|---|---|---|---|---|
| **10/01/2023** | **Invoice** | October 23 Rent | **18926** | **7,232.00** |
| 09/08/2023 | Payment | | ACH090823 | 1,808.00 |
| 09/21/2023 | Payment | | ACH092123 | 1,808.00 |
| 10/05/2023 | Payment | | ACH100523 | 1,808.00 |
| 10/16/2023 | Payment | | ACH101623 | 1,808.00 |
| | **Total Paid** | | | **7,232.00** |
| | | | | |
| **07/27/2023** | **Invoice** | July 23 Utilities | **18360** | **2,196.01** |
| 10/15/2023 | Payment | | ACH101523 | 2,196.01 |
| | **Total Paid** | | | **2,196.01** |
| | | | | |
| **08/31/2023** | **Invoice** | August 23 Utilities | **18857** | **1,101.20** |
| 10/27/2023 | Payment | | ACH102723 | 1,101.20 |
| | **Total Paid** | | | **1,101.20** |
| | | | | |
| **11/01/2023** | **Invoice** | November 23 Rent | **19855** | **7,232.00** |
| 11/03/2023 | Payment | | ACH110323 | 1,808.00 |
| 02/12/2024 | Payment | | 1318 | 373.05 |
| 02/16/2024 | Payment | | 1341 | 500.00 |
| 02/27/2024 | Payment | | 1355 | 500.00 |
| 03/01/2024 | Payment | | 1364 | 500.00 |
| 03/18/2024 | Payment | | 1411 | 500.00 |
| 04/12/2024 | Payment | | 1423 | 500.00 |
| 04/26/2024 | Payment | | 1513 | 500.00 |
| 05/03/2024 | Payment | | 1538 | 500.00 |
| 05/14/2024 | Payment | | 1558 | 500.00 |
| 05/24/2024 | Payment | | 1583 | 500.00 |
| 05/24/2024 | Payment | | 1594 | 500.00 |
| 05/31/2024 | Payment | | 1611 | 50.95 |
| | **Total Paid** | | | **7,232.00** |
| | | | | |
| **09/29/2023** | **Invoice** | September 23 Utiltiies | **19436** | **1,126.95** |
| 01/19/2024 | Payment | | 1291 | 500.00 |
| 01/30/2024 | Payment | | 1297 | 500.00 |
| 02/12/2024 | Payment | | 1318 | 126.95 |
| | **Total Paid** | | | **1,126.95** |
| | | | | |
| **10/31/2023** | **Invoice** | October 23 Utilities | **20036** | **1,065.96** |
| 05/31/2024 | Payment | | 1611 | 449.05 |
| 06/13/2024 | Payment | | 1650 | 616.91 |
| | **Total Paid** | | | **1,065.96** |

| Date | Type | Description | Ref | Amount |
|---|---|---|---|---|
| 12/01/2023 | Invoice | December 23 Rent | 20500 | 7,232.00 |
| 06/13/2024 | Payment | | 1650 | 133.09 |
| 06/18/2024 | Payment | | 1651 | 750.00 |
| 06/25/2024 | Payment | | 1674 | 750.00 |
| 06/28/2024 | Payment | | 1675 | 750.00 |
| | **Total Paid** | | | 2,383.09 |
| | **Balance Due** | | | 4,848.91 |
| | | | | |
| 11/30/2023 | Invoice | November 23 Utilities | 20573 | 1,032.64 |
| 12/31/2023 | Invoice | December 23 Utilities | 21330 | 1,187.91 |
| 1/1/2024 | Invoice | January Rent | 21109 | 7,232.00 |
| 1/31/2024 | Invoice | January Utilities | 21602 | 1,049.56 |
| 2/1/2024 | Invoice | February Rent | 21536 | 7,232.00 |
| 2/29/2024 | Invoice | February Utilities | 22155 | 1,305.50 |
| 3/1/2024 | Invoice | March Rent | 22026 | 7,232.00 |
| 3/31/2024 | Invoice | March Utilities | 22543 | 1,225.24 |
| 4/1/2024 | Invoice | April Rent | 22422 | 7,232.00 |
| 4/30/2024 | Invoice | April Utilities | 23031 | 1,190.07 |
| 5/1/2024 | Invoice | May Rent | 22853 | 7,232.00 |
| 5/31/2024 | Invoice | May Utilities | 23544 | 1,226.45 |
| 6/1/2024 | Invoice | June Rent | 23431 | 7,232.00 |
| 6/30/2024 | Invoice | June Utilities | 24023 | 1,143.58 |
| 7/1/2024 | Invoice | July Rent | 23920 | 7,232.00 |
| 7/31/2024 | Invoice | July Utilities | 24332 | 882.38 |
| 8/1/2024 | Invoice | August Rent | 24301 | 7,232.00 |
| 8/31/2024 | Invoice | August Utilities | 24789 | 868.07 |
| 9/1/2024 | Invoice | September Rent | 24723 | 7,232.00 |
| 9/30/2024 | Invoice | September Utilities | 25408 | 927.53 |
| 10/1/2024 | Invoice | October Rent | 25198 | 7,232.00 |
| 10/31/2024 | Invoice | October Utilities | 25956 | 901.32 |
| 11/1/2024 | Invoice | November Rent | 25859 | 7,232.00 |
| 11/30/2024 | Invoice | November Utilities | 26671 | 913.44 |
| 12/1/2024 | Invoice | December Rent | 26456 | 7,232.00 |
| 12/31/2024 | Invoice | December Utilities | 27345 | 882.08 |
| 1/1/2025 | Invoice | January Rent | 27007 | 7,232.00 |
| 1/31/2025 | Invoice | January Utilities | 27718 | 920.42 |
| 2/1/2025 | Invoice | February Rent | 27717 | 7,232.00 |
| 2/28/2025 | Invoice | February Utilities | 28109 | 918.64 |
| 3/1/2025 | Invoice | March Rent | 27953 | 7,658.00 |
| | | | | |
| **Total Due** | | | | 130,329.74 |

7-Mar-25