

Daniel E. Burgoyne
(401) 861-8254
dburgoyne@psh.com

March 18, 2025

**VIA FEDERAL EXPRESS
AND ELECTRONIC MAIL**

Tallulah's Taqueria, LLC
146 Ives Street
Providence, RI  02906
Attn: Kelly Ann Rojas
kellyann@tallulahstagueria.com

RE:   Suite #109 (the "Premises") within the Farm Fresh Food Hub, 10 Sims Avenue,
Providence, Rhode Island, 02909 (the "Building");
Lease dated March 1, 2021 (the "Lease") by and between Tallulah's
Taqueria, LLC ("Tenant") and Farm Fresh Rhode Island ("Landlord")

## <u>NOTICE OF TERMINATION OF LEASE</u>

Dear Ms. Rojas:

This office represents the Landlord with respect to the Premises occupied by Tenant under the Lease dated March 1, 2021.  Since you have failed to cure the defaults identified in my earlier Notice of Default dated March 7, 2025 by remitting payment, you are hereby notified that the Lease is terminated effective immediately.

You are hereby directed to vacate the Premises immediately and to leave the Premises in the condition set forth in the Lease, including but not limited to Section 12 ("Surrender").

If you fail to timely vacate the Premises promptly, the Landlord reserves the right to exercise any and all remedies available under applicable law, including a civil action to recover possession of the Premises, and for collection of unpaid rent or other charges for use and occupancy of the Premises.

Sincerely,

Daniel E. Burgoyne, Esq.

DEB/klf

cc:   John E. Scholhamer, Esq., 1481 Wampanoag Trail, East Providence, RI  02915
*(via first-class mail)*

Jesse Rye, Executive Director, Farm Fresh Rhode Island (*via e-mail only*)