## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF RHODE ISLAND

IN RE

TALLULAH'S TACQUERIA, LLC
      Debtor

Case No. 1:25-bk-10270

Chapter 11 (Subchapter V)

**MOTION OF CREDITOR, FARM FRESH RHODE ISLAND, TO COMPEL DEBTOR-IN-POSSESSION TO ABANDON ALL TANBILE PERSONAL PROPERTY, INCLUDING EQUIPMENT AND FIXTURES, LOCATED AT LEASED PREMISES AT 10 SIMS AVENUE, SUITE 109, PROVIDENCE, RHODE ISLAND**

Creditor, Farm Fresh Rhode Island ("FFRI"), hereby moves to compel the Debtor-in-Possession, Tallulah's Tacqueria, LLC to abandon all tangible personal property including fixtures and equipment (the "Personal Property") that is presently located at 10 Sims Avenue, Suite 109, Providence, Rhode Island (the "Premises").  Pursuant to Fed. R. Baankr. P. 6007, this motion is being sent to the Debtor-in-Possession, all creditors and indenture trustees, and the U.S. Trustee.

The Premises, which are part of the Farm Fresh Food Hub in Providence Rhode Island, were formerly leased to the Debtor under a Lease dated March 1, 2021.  However, due to various lease defaults including nonpayment of rent, Landlord terminated the Debtor's lease effective on March 18, 2025.

Debtor has stated in its Status Report Pursuant to 11 U.S.C. § 1188(c) that it "intends to cease operating the 10 Sims Avenue location and to move to abandon the equipment at that location." (ECF No. 32 ¶ 13, Apr. 30, 2025.)  The within motion, and a separate motion filed contemporaneously herewith which seeks to recover possession of the Premises from the Debtor, are designed to hasten the Debtor's exit from the Premises.

Abandonment of the Personal Property is appropriate pursuant to 11 U.S.C. § 554(b), which permits abandonment of property of the estate that is "burdensome to the estate

or that is of inconsequential value and benefit to the estate." The Debtor's Schedule A/B states that its machinery, fixtures, and equipment at the Premises have a value of $114,000. (ECF No. 26 at 6.) It is allegedly subject to security interests in favor of Navigant Credit Union in the amount of over $288,000. *Id.* at 12; Status Report ¶ 8–9, ECF No. 32. Accordingly, there is no equity in the Personal Property.

Moreover, because the Debtor is a holdover tenant, it will be vacating the Premises in the near future. Removal of the Personal Property from the Premises would be prohibitively expensive for the Debtor with little corresponding benefit. Accordingly, the Debtor should simply abandon it.

## CONCLUSION

WHEREFORE, Creditor, Farm Fresh Rhode Island, respectfully requests that all tangible personal property including fixtures and equipment (the "Personal Property") that is presently located at 10 Sims Avenue, Suite 109, Providence, Rhode Island (the "Premises") be deemed abandoned.

### Notice of Time to Respond/Object Pursuant to Local Rule 1005-1

Within twenty-one (21) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

DATED: May 6, 2025

CREDITOR,
FARM FRESH RHODE ISLAND

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP


 */s/ Daniel E. Burgoyne*
Daniel E. Burgoyne (#7541)
40 Westminster Street, Suite 1100
Providence, RI  02903
(401) 861-8200
(401) 861-8210 FAX
dburgoyne@psh.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a true copy of the within document was filed electronically with the above-captioned Court, and notices of electronic filing were sent to the following persons on **May 6, 2025**.

- **Daniel E. Burgoyne**   dburgoyne@psh.com, kfrancois@psh.com
- **Joseph M. DiOrio**   jdiorio@pldolaw.com, jdiorio@pldolaw.com;aperry@pldolaw.com;RI02@ecfcbis.com;aperry@pldolaw.com;pmacnie@pldolaw.com;kstamp@pldolaw.com;agruttadauria@pldolaw.com;arubino@pldolaw.com
- **Sandra Nicholls**   sandra.nicholls@usdoj.gov
- **Sandra Nicholls**   ustpregion01.pr.ecf@usdoj.gov
- **Thomas P. Quinn**   tquinn@mclaughlinquinn.com, mwoodside@mclaughlinquinn.com

The within document was also sent, via first class mail, to the following persons:

**Internal Revenue Service**
Insolvency Unit 4th Floor
380 Westminster Street
Providence, RI 02903

**Thomas P. Quinn**
McLaughlin & Quinn
148 West River Street, Suite 1E
Providence, RI 02904

**RI Division of Taxation**
Bankruptcy Unit
co Richard P. Smith
Chief - Collection Section
One Capitol Hill
Providence, RI 02903

**State of RI - Labor and Training**
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920

The within document was also sent, via first class mail, to the creditors indicated on the court-generated list attached hereto.

*/s/ Daniel E. Burgoyne*

4904-1761-6444.1/032021-0006

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0103-1<br>Case 1:25-bk-10270<br>District of Rhode Island<br>Providence<br>Thu May  1 18:13:30 EDT 2025 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)NAVIGANT CREDIT UNION<br>1005 DOUGLAS PIKE<br>SMITHFIELD RI 02917-1206 |
| RI Division of Taxation<br>Bankruptcy Unit<br>co Richard P. Smith<br>Chief - Collection Section<br>One Capitol Hill<br>Providence, RI 02908-5816 | State of RI - Labor and Training<br>Legal Department<br>Bldg 72 3rd Floor<br>1511 Pontiac Avenue<br>Cranston, RI 02920-4407 | Tallulah's Taqueria, LLC<br>146 Ives Street<br>Providence, RI 02906-3829 |
| Providence Courtroom<br>The Federal Center<br>380 Westminster Street<br>6th Floor<br>Providence, RI 02903-3240 | Ally Auto<br>PO Box 380902<br>Minneapolis MN 55438-0902 | American Express<br>PO Box 1270<br>Newark NJ 07101-1270 |
| Baldor Specialty Inc<br>155 Food Center Drive<br>Bronx NY 10474-7136 | CJ&J Trailer Leasing<br>dba Pilotte's Refrigeration<br>34 Sears Road<br>Swansea MA 02777-4517 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| Chef's Warehouse<br>249 Food Ctr Drive<br>Bronx NY 10474 | Christopher P. Rhodes, Esq.<br>Harrington & Rhodes, Ltd.<br>East Greenwich RI 02818 | Cintas<br>P.O. Box 631025<br>Cincinnati OH 45263-1025 |
| Citrin Cooperman<br>500 Exchange Street, Ste 9-100<br>Providence RI 02903-2635 | Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield IL 62703-4261 | Daniel E. Burgoyne, Esq.<br>Partridge Snow & Hahn LLP<br>40 Westminster Str, Ste 110<br>Providence RI 02903-2527 |
| Easy Ice, LLC<br>PO Box 650769<br>Dallas, TX 75265-0769 | Ecolab Inc.<br>PO Box 32027<br>New York NY 10087-2027 | Farm Fresh Rhode Island, LLC<br>10 Sims Avenue<br>Providence RI 02909-1165 |
| Financial Agent Services<br>P.O. Box 2576<br>Springfield IL 62708-2576 | Heller Properties LLC<br>Attn: Claude Goldstein<br>111 Fifth Street<br>Providence RI 02906-2801 | Jacob Rojas<br>12 Valley Street<br>Jamestown RI 02835-1423 |
| Kelly Ann Rojas<br>32 Deck Street<br>Jamestown RI 02835-2625 | Krost CPA's<br>225 S. Lake Ave., Ste 400<br>Pasadena CA 91101-3010 | Krost CPA's / Eisner Amper<br>225 S. Lake Ave<br>Suite 400<br>Pasadena, CA 91101-3010 |
| Liberty Cleaning Inc.<br>25 Stone Drive<br>Cranston RI 02920-1321 | Mobile Mini, Inc.<br>4646 E. Van Buren Street<br>Suite 400<br>Phoenix, AZ 85008-6927 | New England Certified Dev Corp<br>500 Edgewater Drive, Ste 555<br>Wakefield MA 01880-6232 |

| | | |
|---|---|---|
| North Meadow Properties, LLC<br>109 Carr Lane<br>Jamestown RI 02835-1703 | On Deck Capital<br>901 N Stuart St Ste 700<br>Arlington VA 22203-4129 | RI Dept of Labor and Training<br>Employer Tax Unit<br>1511 Pontiac Avenue<br>Cranston RI 02920-4407 |
| RI Division of Taxation<br>Attn: Bankruptcy Unit<br>One Capitol Hill<br>Providence RI 02908-5801 | Richard F. Hentz, Esq.<br>McGunagle Hentz, PC<br>2088 Broad Street<br>Providence RI 02905-3342 | T.F. Kinnealey & Company<br>1100 Pearl Street<br>Brockton MA 02301-5410 |
| Tucker, Albin & Associates Inc<br>1702 N. Collins Blvd., #100<br>Richardson TX 75080-3662 | U.S. Small Buisness Admin<br>2 North 20th Street, Ste 320<br>Birmingham AL 35203-4002 | U.S. Small Business Admin<br>380 Westminster St., Rm. 511<br>Providence RI 02903-3239 |
| Joseph M. DiOrio<br>Pannone Lopes Devereaux & O'Gara LL<br>1301 Atwood Avenue<br>Suite 215 N<br>Johnston, RI 02919-4946 | Sandra Nicholls<br>Office of the U.S. Trustee<br>U.S. Courthouse<br>One Exchange Terrace Suite 431<br>Providence, RI 02903-1744 | Thomas P. Quinn<br>McLaughlin & Quinn<br>148 West River Street, Suite 1E<br>Providence, RI 02904-2615 |
| Thomas P. Quinn<br>McLaughlinQuinn LLC<br>148 West River Street, Suite 1E<br>Providence, RI 02904-2615 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency Unit 4th Floor<br>380 Westminster Street<br>Providence, RI 02903 | Navigant Credit Union<br>1005 Douglas Pike<br>Smithfield, RI 02917 | Caine & Weiner<br>P.O. Box 55848<br>Sherman Oaks CA 91413 |
| (d)Navigant Credit Union<br>1005 Douglas Pike<br>Smithfield RI 02917 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Farm Fresh Rhode Island | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients    1<br>Total                  43 |