**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| IN RE: : | |
| : | BK NO. 25-10270 |
| **TALLULAH'S TAQUERIA, LLC**, : | |
| : | Chapter 11 (Subchapter V) |
| Debtor. : | |

**SUBCHAPTER V TRUSTEE'S LIMITED OBJECTION TO**
**MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE**

Joseph M. DiOrio, the duly appointed Subchapter V Trustee ("Trustee") of Tallulah's Taqueria, LLC ("Tallulah"), a Rhode Island limited liability company, hereby objects on a limited basis to the Motion of United States Trustee to Dismiss or Convert Chapter 11 Case, filed on June 27, 2025 (the "Motion"). In support thereof, the Trustee states as follows:

1. On April 11, 2025, Joseph M. DiOrio was appointed as Subchapter V Trustee of Tallulah.

2. Since his appointment, Trustee has incurred $3,496.50 in attorney's fees and $161.85 in expenses, for a total of $3,658.35 ("Trustee's Fees"), in connection with his performance of his responsibilities in this case. A true and accurate copy of the invoices detailing Trustee's Fees are attached hereto as **Exhibit A**.

3. The Trustee respectfully requests that the dismissal of the case be conditioned on the payment of Trustee's Fees.

WHEREFORE, the Trustee respectfully objects on a limited basis to the Motion and requests the Court condition the dismissal of the case on payment of Trustee's Fees.

Respectfully submitted:

Joseph M. DiOrio, Subchapter V Trustee

*/s/ Joseph M. DiOrio*

Joseph M. DiOrio (#2616)
Pannone Lopes Devereaux & O'Gara LLC
1301 Atwood Avenue, Suite 215 N
Johnston, RI 02919
(401) 824-5180/Fax: (401) 824-5123
jdiorio@pldolaw.com

Dated: July 2, 2025

## CERTIFICATION

I hereby certify that on this 2nd day of July, 2025, I electronically filed the foregoing document in the above-captioned matter with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants will receive notice electronically:

- Daniel E. Burgoyne dburgoyne@psh.com, kfrancois@psh.com
- Matthew J. McGowan Mmcgowan@sklawri.com, kgerman@sklawri.com
- Thomas P. Quinn tquinn@mclaughlinquinn.com, mwoodside@mclaughlinquinn.com
- Sandra Nicolls Sandra.Nicholls@usdoj.gov

I further certify that on this 2nd day of July, 2025, I have mailed by United States Postal Service, postage-prepaid, the document to the following non CM-ECF participants and interested parties on the attached Mailing Matrix.

*/s/ Joseph M. DiOrio*

# **EXHIBIT A**



|  |  |
|---|---|
| Joseph M. DiOrio | July 2, 2025 |
| 1301 Atwood Avenue Suite 215 N | Invoice #    78868 |
| Johnston, RI  02919 |  |

## REMITTANCE

RE:   Tallulah's Taqueria, LLC

Client.Matter: 5406 - 10768
Billing Attorney:  Joseph M. DiOrio

---

**BALANCE DUE THIS INVOICE**                                   $ 3,658.35

---

Payment options are available by clicking on our Payment Portal at  www.PLDOLAW.com . While there will be a processing fee for all Credit Card payments, you may also pay by Debit Card or e-check at no charge. If paying by check, please include your invoice number on the check and mail to:

> PANNONE LOPES DEVEREAUX & O'GARA LLC
> ATTN: ACCOUNTS RECEIVABLE
> 1301 Atwood Avenue, Suite 215N
> Johnston, RI 02919

For questions regarding your bill, please contact your Attorney directly. For payment processing assistance, please contact our Accounting Department at 401-824-5140.

**Terms: Net 30 days**
*Thank you! Your business is greatly appreciated.*

Tax ID #:  11-3769678

PANNONE LOPES DEVEREAUX & O'GARA LLC

Invoice #: 78868      July 2, 2025

**Client.Matter: 5406 . 10768**

**RE: Tallulah's Taqueria, LLC**

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/11/25 | JMD | Call and email with Sandra Nicholls and David Quinn re meeting at business premises and interview of debtor; c | .20 | 495.00 | 99.00 |
| 4/11/25 | JMD | Prepare statement of disinterestness for court filing | .20 | 495.00 | 99.00 |
| 4/17/25 | JMD | View Ives Street business premises. | .50 | 495.00 | 247.50 |
| 4/17/25 | JMD | Conduct Debtor's initial interview. | 1.00 | 495.00 | 495.00 |
| 4/18/25 | JMD | Call with Sandra Nicholls re case | .15 | 495.00 | 74.25 |
| 4/18/25 | JMD | Call with T. Quinn. | .10 | 495.00 | 49.50 |
| 4/18/25 | JMD | Call with S. Nicholls re. cash collateral and case. | .10 | 495.00 | 49.50 |
| 4/26/25 | JMD | Review schedules and tax return | .35 | 495.00 | 173.25 |
| 5/07/25 | JMD | Attend 341 Hearing. | 1.10 | 495.00 | 544.50 |
| 5/14/25 | JMD | Attend Status hearing. | 1.50 | 495.00 | 742.50 |
| 5/30/25 | JMD | Call with Tom Quinn re status and next steps | .20 | 495.00 | 99.00 |
| 5/30/25 | JMD | Email from US Trustee's office re MOR | .10 | 495.00 | 49.50 |
| 5/31/25 | JMD | Review proposed cash collateral order and email to Tom Quinn | .50 | 495.00 | 247.50 |
| 6/03/25 | JMD | Email from Matt McGowan re status. | .10 | 495.00 | 49.50 |
| 6/10/25 | JMD | Email to Matt McGowan re status | .10 | 495.00 | 49.50 |
| 6/23/25 | JMD | Email to Tom Quinn ; review email from UST re MOR status | .10 | 495.00 | 49.50 |
| 6/24/25 | JMD | Call with Tom Quinn re status | .20 | 495.00 | 99.00 |
| 6/25/25 | JMD | Email and call with Sandra Nicholls re case status and next steps | .20 | 495.00 | 99.00 |
| 6/28/25 | JP | Draft limited objection. | .80 | 225.00 | 180.00 |
| | | **Total Professional Services** | **7.50** | | **$ 3,496.50** |

TOTAL PROFESSIONAL SERVICES     $ 3,496.50

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Joseph M. DiOrio | Partner | 6.70 | 495.00 | 3,316.50 |
| Javellys Polanco | Associate | .80 | 225.00 | 180.00 |
| **Total** | | **7.50** | | **$ 3,496.50** |

PANNONE LOPES DEVEREAUX & O'GARA LLC

Invoice #:   78868                                                                                                          July 2, 2025

**DISBURSEMENTS ADVANCED**

| Date | Description | Amount |
|---|---|---:|
| 6/H€/25 | Reproduction Cost | 114.52 |
| 7/02/25 | Postage | 47.53 |
|  | TOTAL DISBURSEMENTS ADVANCED | $ 161.85 |
|  | **TOTAL THIS INVOICE** | **$ 3,658.35** |

```
Label Matrix for local noticing          Ally Auto                                  Ally Bank
0103-1                                   PO Box 380902                              4515 N. Santa Fe Ave. Dept. APS
Case 1:25-bk-10270                       Minneapolis MN 55438-0902                  Oklahoma City, OK 73118-7901
District of Rhode Island
Providence
Wed Jul  2 11:12:53 EDT 2025

Ally Bank c/o AIS Portfolio Services, LLC American Express                          American Express National Bank
4515 N Santa Fe Ave. Dept. APS           PO Box 1270                                c/o Becket and Lee LLP
Oklahoma City, OK 73118-7901             Newark NJ 07101-1270                       PO Box 3001
                                                                                    Malvern  PA 19355-0701


Baldor Specialty Inc                     Daniel E. Burgoyne                         CJ&J Trailer Leasing
155 Food Center Drive                    Partridge Snow & Hahn LLP                  dba Pilotte's Refrigeration
Bronx NY 10474-7136                      40 Westminster Street, Suite 1100          34 Sears Road
                                         Providence, RI 02903-2527                  Swansea MA 02777-4517


(p)CAINE & WEINER COMPANY                Chef's Warehouse                           Christopher P. Rhodes, Esq.
12005 FORD ROAD 300                      249 Food Ctr Drive                         Harrington & Rhodes, Ltd.
DALLAS TX 75234-7262                     Bronx NY 10474                             270 South County Trail
                                                                                    East Greenwich, RI 02818


Cintas                                   Citrin Cooperman                           Corporation Service Company
P.O. Box 631025                          500 Exchange Street, Ste 9-100             801 Adlai Stevenson Drive
Cincinnati OH 45263-1025                 Providence RI 02903-2635                   Springfield IL 62703-4261


Daniel E. Burgoyne, Esq.                 Joseph M. DiOrio                           Easy Ice, LLC
Partridge Snow & Hahn LLP                Pannone Lopes Devereaux & O'Gara LLC       PO Box 650769
40 Westminster Str, Ste 110              1301 Atwood Avenue                         Dallas, TX 75265-0769
Providence RI 02903-2527                 Suite 215 N
                                         Johnston, RI 02919-4946


Ecolab Inc.                              Farm Fresh Rhode Island, LLC               Financial Agent Services
PO Box 32027                             10 Sims Avenue                             P.O. Box 2576
New York NY 10087-2027                   Providence RI 02909-1165                   Springfield IL 62708-2576


Heller Properties LLC                    (p)INTERNAL REVENUE SERVICE                Internal Revenue Service
Attn: Claude Goldstein                   CENTRALIZED INSOLVENCY OPERATIONS          PO Box 7346
111 Fifth Street                         PO BOX 7346                                Philadelphia, PA 19101-7346
Providence RI 02906-2801                 PHILADELPHIA PA 19101-7346


Jacob Rojas                              Kelly Ann Rojas                            Krost CPA's
12 Valley Street                         32 Deck Street                             225 S. Lake Ave., Ste 400
Jamestown RI 02835-1423                  Jamestown RI 02835-2625                    Pasadena CA 91101-3010


Krost CPA's / Eisner Amper               Liberty Cleaning Inc.                      Matthew J. McGowan
225 S. Lake Ave                          25 Stone Drive                             Sylvia & Kiskfy LLC
Suite 400                                Cranston RI 02920-1321                     56 Exchange Terrace
Pasadena, CA 91101-3010                                                             Providence, RI 02903-1772
```

| | | |
|---|---|---|
| Mobile Mini, Inc.<br>4646 E. Van Buren Street<br>Suite 400<br>Phoenix, AZ 85008-6927 | (p)NAVIGANT CREDIT UNION<br>1005 DOUGLAS PIKE<br>SMITHFIELD RI 02917-1206 | New England Certified Dev Corp<br>500 Edgewater Drive, Ste 555<br>Wakefield MA 01880-6232 |
| Sandra Nicholls<br>U.S. Trustee's Office<br>U.S. Courthouse<br>One Exchange Terrace Suite 431<br>Providence, RI 02903-1744 | Sandra Nicholls<br>Office of the U.S. Trustee<br>U.S. Courthouse<br>One Exchange Terrace Suite 431<br>Providence, RI 02903-1744 | North Meadow Properties, LLC<br>109 Carr Lane<br>Jamestown RI 02835-1703 |
| ODK Capital LLC<br>4700 W Daybreak Pkwy., Ste 200<br>South Jordan, UT 84009-5133 | On Deck Capital<br>901 N Stuart St Ste 700<br>Arlington VA 22203-4129 | Thomas P. Quinn<br>McLaughlin & Quinn<br>148 West River Street, Suite 1E<br>Providence, RI 02904-2615 |
| Thomas P. Quinn<br>McLaughlinQuinn LLC<br>148 West River Street, Suite 1E<br>Providence, RI 02904-2615 | RI Dept of Labor and Training<br>Employer Tax Unit<br>1511 Pontiac Avenue<br>Cranston RI 02920-4407 | RI Division of Taxation<br>Bankruptcy Unit<br>co Richard P. Smith<br>Chief - Collection Section<br>One Capitol Hill<br>Providence, RI 02908-5816 |
| RI Division of Taxation<br>Attn: Bankruptcy Unit<br>One Capitol Hill<br>Providence RI 02908-5801 | Richard F. Hentz, Esq.<br>McGunagle Hentz, PC<br>2088 Broad Street<br>Providence RI 02905-3342 | (p)U S  SECURITIES AND EXCHANGE COMMISSION<br>ATTN BOSTON REGIONAL OFFICE<br>33 ARCH STREET 24TH FLOOR<br>BOSTON MA 02110-1424 |
| State of RI - Labor and Training<br>Legal Department<br>Bldg 72 3rd Floor<br>1511 Pontiac Avenue<br>Cranston, RI 02920-4407 | T.F. Kinnealey & Company<br>1100 Pearl Street<br>Brockton MA 02301-5410 | Tallulah's Taqueria, LLC<br>146 Ives Street<br>Providence, RI 02906-3829 |
| Tucker, Albin & Associates Inc<br>1702 N. Collins Blvd., #100<br>Richardson TX 75080-3662 | U.S. Small Buisness Admin<br>2 North 20th Street, Ste 320<br>Birmingham AL 35203-4002 | U.S. Small Business Admin<br>380 Westminster St., Rm. 511<br>Providence RI 02903-3239 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>P.O. Box 55848<br>Sherman Oaks CA 91413 | Internal Revenue Service<br>Insolvency Unit 4th Floor<br>380 Westminster Street<br>Providence, RI 02903 | (d)Internal Revenue Service<br>Insolvency Unit - 4th Floor<br>380 Westminster Street<br>Providence, RI 02903 |
| Navigant Credit Union<br>1005 Douglas Pike<br>Smithfield, RI 02917 | (d)Navigant Credit Union<br>1005 Douglas Pike<br>Smithfield RI 02917 | Securities and Exchange<br>Boston Regional Office<br>33 Arch Street 23rd Floor<br>Boston, MA 02110-1424 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Farm Fresh Rhode Island

(d)State of RI - Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920-4407

End of Label Matrix
Mailable recipients    50
Bypassed recipients     2
Total                  52