**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Tallulah's Taqueria, LLC         BK No. 1:25−bk−10270

Debtor(s)                                Chapter 11

---

### NOTICE OF COURT HEARING

Please be advised that a hearing will be held on 7/23/25 at 10:00 AM at: U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 to consider and act upon the following:

RE: [55] Motion to Dismiss or Convert to Chapter 7 filed by Assistant U.S. Trustee Sandra Nicholls
[56] Objection filed by Trustee Joseph M. DiOrio

Please consult local rule 5072−1 for appropriate courtroom decorum for all hearings.

If a party wishes to use courtroom technology to present evidence, please contact the courtroom deputy at (401) 626−3136 in advance of the hearing to arrange for training.

*Jonathan E. Pincince*
Clerk of Court

Date: **7/2/25**

Entered on Docket: **7/2/25**
Document Number: **57 − 55, 56**

500.jsp

---