United States Bankruptcy Court
District of Rhode Island

In re:  
Tallulah's Taqueria, LLC  
    Debtor

Case No. 25-10270-DF  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0103-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 02, 2025      Form ID: 500      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tallulah's Taqueria, LLC, 146 Ives Street, Providence, RI 02906-3829 |
| aty | + | Thomas P. Quinn, McLaughlin & Quinn, 148 West River Street, Suite 1E, Providence, RI 02904-2615 |
| 944671158 | + | Baldor Specialty Inc, 155 Food Center Drive, Bronx NY 10474-7136 |
| 944671164 | + | CJ&J Trailer Leasing, dba Pilotte's Refrigeration, 34 Sears Road, Swansea MA 02777-4517 |
| 944671160 | | Chef's Warehouse, 249 Food Ctr Drive, Bronx NY 10474 |
| 944675277 | | Christopher P. Rhodes, Esq., Harrington & Rhodes, Ltd., 270 South County Trail, East Greenwich, RI 02818 |
| 944671163 | + | Citrin Cooperman, 500 Exchange Street, Ste 9-100, Providence RI 02903-2635 |
| 944671166 | + | Daniel E. Burgoyne, Esq., Partridge Snow & Hahn LLP, 40 Westminster Str, Ste 110, Providence RI 02903-2527 |
| 944672703 | | Easy Ice, LLC, PO Box 650769, Dallas, TX 75265-0769 |
| 944671167 | + | Ecolab Inc., PO Box 32027, New York NY 10087-2027 |
| 944671168 | + | Farm Fresh Rhode Island, LLC, 10 Sims Avenue, Providence RI 02909-1165 |
| 944671169 | + | Financial Agent Services, P.O. Box 2576, Springfield IL 62708-2576 |
| 944671170 | + | Heller Properties LLC, Attn: Claude Goldstein, 111 Fifth Street, Providence RI 02906-2801 |
| 944671171 | + | Jacob Rojas, 12 Valley Street, Jamestown RI 02835-1423 |
| 944671172 | + | Kelly Ann Rojas, 32 Deck Street, Jamestown RI 02835-2625 |
| 944671173 | + | Krost CPA's, 225 S. Lake Ave., Ste 400, Pasadena CA 91101-3010 |
| 944672528 | + | Krost CPA's / Eisner Amper, 225 S. Lake Ave, Suite 400, Pasadena, CA 91101-3010 |
| 944671174 | + | Liberty Cleaning Inc., 25 Stone Drive, Cranston RI 02920-1321 |
| 944671176 | + | New England Certified Dev Corp, 500 Edgewater Drive, Ste 555, Wakefield MA 01880-6232 |
| 944671177 | + | North Meadow Properties, LLC, 109 Carr Lane, Jamestown RI 02835-1703 |
| 944671181 | + | Richard F. Hentz, Esq., McGunagle Hentz, PC, 2088 Broad Street, Providence RI 02905-3342 |
| 944671182 | + | T.F. Kinnealey & Company, 1100 Pearl Street, Brockton MA 02301-5410 |
| 944671185 | + | U.S. Small Business Admin, 380 Westminster St., Rm. 511, Providence RI 02903-3239 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2025 18:24:04 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| intp | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2025 18:13:00 | Internal Revenue Service, Insolvency Unit 4th Floor, 380 Westminster Street, Providence, RI 02903 |
| intp | ^ | MEBN | Jul 02 2025 18:10:10 | RI Division of Taxation, Bankruptcy Unit, co Richard P. Smith, Chief - Collection Section, One Capitol Hill, Providence, RI 02908-5816 |
| intp | ^ | MEBN | Jul 02 2025 18:10:13 | State of RI - Labor and Training, Legal Department, Bldg 72 3rd Floor, 1511 Pontiac Avenue, Cranston, RI 02920-4407 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 944671156 | | Email/Text: ally@ebn.phinsolutions.com | Jul 02 2025 18:12:00 | Ally Auto, PO Box 380902, Minneapolis MN 55438-0902 |
| 944677237 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2025 18:24:00 | Ally Bank, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 944671157 | | Email/PDF: bncnotices@becket-lee.com | Jul 02 2025 18:24:04 | American Express, PO Box 1270, Newark NJ 07101-1270 |
| 944674049 | | Email/PDF: bncnotices@becket-lee.com | Jul 02 2025 18:23:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 944671159 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 02 2025 18:13:56 | Caine & Weiner, P.O. Box 55848, Sherman Oaks CA 91413 |
| 944671162 | | Email/Text: stephen.malkiewicz@cintas.com | Jul 02 2025 18:13:00 | Cintas, P.O. Box 631025, Cincinnati OH 45263-1025 |
| 944671165 | + | Email/Text: CSCBNC@cscglobal.com | Jul 02 2025 18:13:00 | Corporation Service Company, 801 Adlai Stevenson Drive, Springfield IL 62703-4261 |
| 944672704 | + | Email/Text: getpaid@mobilemini.com | Jul 02 2025 18:12:00 | Mobile Mini, Inc., 4646 E. Van Buren Street, Suite 400, Phoenix, AZ 85008-6927 |
| 944671175 | | Email/Text: BankruptcyMEBN@navigantcu.org | Jul 02 2025 18:13:00 | Navigant Credit Union, 1005 Douglas Pike, Smithfield RI 02917 |
| 944673541 | + | Email/Text: bankruptcy@ondeck.com | Jul 02 2025 18:13:00 | ODK Capital LLC, 4700 W Daybreak Pkwy., Ste 200, South Jordan, UT 84009-5133 |
| 944671178 | | Email/Text: bankruptcy@ondeck.com | Jul 02 2025 18:13:00 | On Deck Capital, 901 N Stuart St Ste 700, Arlington VA 22203-4129 |
| 944671179 | ^ | MEBN | Jul 02 2025 18:10:13 | RI Dept of Labor and Training, Employer Tax Unit, 1511 Pontiac Avenue, Cranston RI 02920-4407 |
| 944671180 | ^ | MEBN | Jul 02 2025 18:10:10 | RI Division of Taxation, Attn: Bankruptcy Unit, One Capitol Hill, Providence RI 02908-5801 |
| 944671183 | + | Email/Text: legal@tuckeralbin.com | Jul 02 2025 18:13:00 | Tucker, Albin & Associates Inc, 1702 N. Collins Blvd., #100, Richardson TX 75080-3662 |
| 944671184 | + | Email/Text: BhamBankruptcy@sba.gov | Jul 02 2025 18:12:00 | U.S. Small Buisness Admin, 2 North 20th Street, Ste 320, Birmingham AL 35203-4002 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | NAVIGANT CREDIT UNION, 1005 DOUGLAS PIKE, SMITHFIELD RI 02917-1206, address filed with court:, Navigant Credit Union, 1005 Douglas Pike, Smithfield, RI 02917 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0103-1  User: admin  Page 3 of 3
Date Rcvd: Jul 02, 2025  Form ID: 500  Total Noticed: 42

Date: Jul 04, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel E. Burgoyne | on behalf of Creditor Farm Fresh Rhode Island dburgoyne@psh.com  kfrancois@psh.com |
| Joseph M. DiOrio | on behalf of Trustee Joseph M. DiOrio jdiorio@pldolaw.com  jdiorio@pldolaw.com;aperry@pldolaw.com;RI02@ecfcbis.com;aperry@pldolaw.com;pmacnie@pldolaw.com;kstamp@pldolaw.com;agruttadauria@pldolaw.com;mbond@pldolaw.com |
| Joseph M. DiOrio | jdiorio@pldolaw.com  jdiorio@pldolaw.com;aperry@pldolaw.com;RI02@ecfcbis.com;aperry@pldolaw.com;pmacnie@pldolaw.com;kstamp@pldolaw.com;agruttadauria@pldolaw.com;mbond@pldolaw.com |
| Matthew J. McGowan | on behalf of Creditor Navigant Credit Union Mmcgowan@sklawri.com  kgerman@sklawri.com |
| Sandra Nicholls | ustpregion01.pr.ecf@usdoj.gov |
| Sandra Nicholls | on behalf of Assistant U.S. Trustee Sandra Nicholls sandra.nicholls@usdoj.gov |
| Thomas P. Quinn | on behalf of Debtor Tallulah's Taqueria  LLC tquinn@mclaughlinquinn.com, mwoodside@mclaughlinquinn.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Tallulah's Taqueria, LLC

BK No. 1:25−bk−10270

Debtor(s)

Chapter 11

---

### NOTICE OF COURT HEARING

Please be advised that a hearing will be held on 7/23/25 at 10:00 AM at: U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 to consider and act upon the following:

RE: [55] Motion to Dismiss or Convert to Chapter 7 filed by Assistant U.S. Trustee Sandra Nicholls
[56] Objection filed by Trustee Joseph M. DiOrio

Please consult local rule 5072−1 for appropriate courtroom decorum for all hearings.

If a party wishes to use courtroom technology to present evidence, please contact the courtroom deputy at (401) 626−3136 in advance of the hearing to arrange for training.

Jonathan E. Pincince
Clerk of Court

Date: **7/2/25**

Entered on Docket: **7/2/25**
Document Number: **57 − 55, 56**

500.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*