UNITED STATE BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re: Tallulah's Taqueria, LLC                    Case No. 25-bk-10270
        Debtor,                                    Chapter 11 Subchapter V

## APPLICATION FOR FINAL COMPENSATION OF JOSEPH M. DIORIO, SUBCHAPTER V TRUSTEE.

Joseph M. DiOrio, Esq, the Subchapter V trustee (the "Trustee") of the bankruptcy estate of Tallulah's Taqueria, LLC (the "Debtor"), hereby requests the approval of this Court, pursuant to 11 U.S.C. § 330, and Bankruptcy Rule 2016, and Local Rule 2016-1, for allowance of compensation and reimbursement of the Trustee for services and expenses performed as Subchapter V Trustee in the above-referenced matter in the amount of $3,541.50 in legal fees and $249.31 in expenses for the time period of April 11, 2025 to July 18, 2025. The Trustee has not received a retainer from any party.

In support of this Application, the Trustee states the following:

1.    On April 7, 2025, Tallulah's Taqueria, LLC, (the "Debtor") filed a petition for relief under Chapter 11 Subchapter V of the bankruptcy code.

2.    On April 11, 2025, Joseph M. DiOrio was appointed as the Subchapter V Trustee.

3.    On May 7, 2025, the meeting of creditors was Held and Adjourned.

4.    On June 25, 2025, the Debtor counsel filed a Motion to dismiss or convert to Chapter 7 [Doc 55].

5.    In accordance with Local Rule 2016-1, an overall summary of hours expended by each timekeeper is attached as **Exhibit A**. These services are itemized fully in the contemporaneously maintained computer time records attached as **Exhibit B**. A biography of the attorneys who provided services is attached as **Exhibit C**. An itemization of expenses is attached as **Exhibit D**.

6.    All professional services for which this Application seeks compensation were performed
by the Trustee, except for the one hour of Attorney Javellys Polanco's time.

7.    The compensation and reimbursement sought in this Application will not be divided,
shared, or pooled directly or indirectly with any other person or firm.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order authorizing
payment to the Trustee in the amount of $ 3,790.81 which represents payment for his services and
the services of his colleagues and expenses rendered for the time period of April 11, 2025, through
July 18, 2025.

Respectfully submitted:
Joseph M. DiOrio, Subchapter V Trustee

*/s/ Joseph M. DiOrio*
Joseph M. DiOrio (#2616)
Pannone Lopes Devereaux & O'Gara LLC
1301 Atwood Avenue, Suite 215 N
Johnston, RI 02919
(401) 824-5100/Fax: (401) 824-5123
jdiorio@pldolaw.com

Dated: July 21, 2025

## **NOTICE**

***WITHIN TWENTY-ONE (21) DAYS AFTER SERVICE IF SERVED ELECTRONICALLY, AS EVIDENCED BY THE CERTIFICATION, AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK. P. 9006(F) IF SERVED BY MAIL OR OTHER MEANS SPECIFIED, ANY PARTY AGAINST WHOM SUCH PAPER HAS BEEN SERVED, OR ANY OTHER PARTY WHO OBJECTS TO THE RELIEF SOUGHT, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO SAID PAPER WITH THE BANKRUPTCY COURT CLERK'S OFFICE, 380 WESTMINSTER STREET, 6TH FLOOR, PROVIDENCE, RI 02903, (401) 626-3100. IF NO OBJECTION OR OTHER RESPONSE IS TIMELY FILED, THE PAPER WILL BE DEEMED UNOPPOSED AND WILL BE GRANTED UNLESS: (1) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (2) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE.***

# EXHIBIT A
Overall Summary

| Attorney | Year Admitted | Initials | Hourly Rate | Hours | Total |
|---|---|---|---|---|---|
| Joseph M. DiOrio | 1981 | JMD | $495.00 | 6.7 | $3,316.50 |
| Javellys Polanco | 2024 | JP | $225.00 | 1 | $225.00 |
| | | | Total | 7.7 | $3,541.50 |

**Blended Hourly Rate**
$/time = $ 459.93

**EXHIBIT B**
Time Entries

| Date | Narrative | Hours | Amount | | Lawyer | Category |
|---|---|---|---|---|---|---|
| 4/11/2025 | Call and email with Sandra Nicholls and David Quinn re meeting at business premises and interview of debtor; | 0.2 | $ | 99.00 | JMD | Case Management |
| 4/11/2025 | Prepare statement of disinterestness for court filing | 0.2 | $ | 99.00 | JMD | Case Management |
| 4/17/2025 | View Ives Street business premises. | 0.5 | $ | 247.50 | JMD | Case Management |
| 4/17/2025 | Conduct Debtor's initial interview. | 1 | $ | 495.00 | JMD | Case Management |
| 4/18/2025 | Call with Sandra Nicholls re case. | 0.15 | $ | 74.25 | JMD | Case Management |
| 4/18/2025 | Call with T. Quinn. | 0.1 | $ | 49.50 | JMD | Case Management |
| 4/18/2025 | Call with S. Nicholls re. cash collateral and case. | 0.1 | $ | 49.50 | JMD | Case Management |
| 4/26/2025 | Review schedules and tax return. | 0.35 | $ | 173.25 | JMD | Case Management |
| 5/7/2025 | Attend 341 Hearing. | 1.1 | $ | 544.50 | JMD | Case Management |
| 5/14/2025 | Attend Status hearing. | 1.5 | $ | 742.50 | JMD | Case Management |
| 5/30/2025 | Call with Tom Quinn re status and next steps. | 0.2 | $ | 99.00 | JMD | Case Management |
| 5/30/2025 | Email from US Trustee's office re MOR. | 0.1 | $ | 49.50 | JMD | Case Management |
| 5/31/2025 | Review proposed cash collateral order and email to Tom Quinn. | 0.5 | $ | 247.50 | JMD | Case Management |
| 6/3/2025 | Email from Matt McGowan re status. | 0.1 | $ | 49.50 | JMD | Case Management |
| 6/10/2025 | Email to Matt McGowan re status. | 0.1 | $ | 49.50 | JMD | Case Management |
| 6/23/2025 | Email to Tom Quinn ; review email from UST re MOR status. | 0.1 | $ | 49.50 | JMD | Case Management |
| 6/24/2025 | Call with Tom Quinn re status. | 0.2 | $ | 99.00 | JMD | Case Management |
| 6/25/2025 | Email and call with Sandra Nicholls re case status and next steps. | 0.2 | $ | 99.00 | JMD | Case Management |
| 6/26/2025 | Draft limited objection. | 0.8 | $ | 180.00 | JP | Case Management |
| 7/1/2025 | Revise limited objection. | 0.2 | $ | 45.00 | JP | Case Management |
| | | 7.7 | $ | 3,541.50 | | |

## EXHIBIT C
Biographies

**Joseph M. DiOrio (JMD)** is an attorney whose practice is concentrated in the areas of bankruptcy and insolvency law, commercial lending law, and workout law. He started his own practice in May of 2005 which merged with Pannone Lopes Devereaux & O'Gara LLC in July 2023. He is admitted to practice before the bars of Rhode Island, Massachusetts, and Connecticut, the U.S. District Courts of Rhode Island and Massachusetts, and the First District Court of Appeals. He received his Bachelor of Science degree, *magna cum laude*, from Boston College in 1978 and earned his law degree, magna cum laude, in 1981 from the Syracuse University College of Law. He is a Fellow of the Rhode Island Bar Foundation and American Bar Foundation. He is a member of the Rhode Island, Massachusetts and American Bar Associations, the Federal Bar Association, the American Bankruptcy Institute, Commercial Law League of America, and National Association of Bankruptcy Trustees. In law school, he was a member of the Order of the Coif, and the Justinian Honorary Law Society. He is a recipient of American Jurisprudence Awards and is listed in "Best Lawyers in America", under Bankruptcy and Creditor-Debtor Rights and Financial Institutions since 2004. His billing rate is $495.00 during this period.

**Javellys Polanco (JP)** is an associate attorney who is admitted to the following bars: Rhode Island, Massachusetts, U.S. District Court of Rhode Island, and the U.S. District Court of Massachusetts. She received her Bachelor of Arts from the University of Pennsylvania and earned her J.D. from Boston University School of Law in 2023. Her billing rate is $225.00 for this period.

UNITED STATE BANKRUPTCY COURT

DISTRICT OF RHODE ISLAND

In re: Tallulah's Taqueria, LLC                    Case No. 25-bk-10270
              Debtor,                              Chapter 11 Subchapter V

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 21, 2025, I electronically filed the within document(s) with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. Participants have received notice electronically.

- Daniel E. Burgoyne: dburgoyne@psh.com, kfrancois@psh.com
- Matthew J. McGowan: Mmcgowan@sklawri.com, kgerman@sklawri.com
- Sandra Nicholls: sandra.nicholls@usdoj.gov, ustpregion01.pr.ecf@usdoj.gov
- Thomas P. Quinn: tquinn@mclaughlinquinn.com, mwoodside@mclaughlinquinn.com

I further hereby certify that on July 21, 2025, I mailed a copy of the foregoing document to the following participants by First Class Mail, postage prepaid (*see attached sheets*):

Ally Bank c/o AIS Portfolio Services, LLC          Thomas P. Quinn
4515 N Santa Fe Ave. Dept. APS                     McLaughlin & Quinn
Oklahoma City, OK 73118                            148 West River Street, Suite 1E
                                                   Providence, RI 02904


RI Division of Taxation                            Internal Revenue Service
Bankruptcy Unit                                    Insolvency Unit - 4th Floor
co Richard P. Smith                                380 Westminster Street
Chief - Collection Section                         Providence, RI 02903
One Capitol Hill
Providence, RI 02903


State of RI - Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920                                 */s/ Andrea Gruttadauria*

Label Matrix for local noticing
0103-1
Case 1:25-bk-10270
District of Rhode Island
Providence
Mon Jul 21 10:57:14 EDT 2025

Ally Auto
PO Box 380902
Minneapolis MN 55438-0902

Ally Bank
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

American Express
PO Box 1270
Newark NJ 07101-1270

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Baldor Specialty Foods, Inc.
Mike T. Gustafson
320 S. Canal Street
Suite 3300
Chicago IL 60606-5707

Baldor Specialty Inc
155 Food Center Drive
Bronx NY 10474-7136

Daniel E. Burgoyne
Partridge Snow & Hahn LLP
40 Westminster Street, Suite 1100
Providence, RI 02903-2527

CJ&J Trailer Leasing
dba Pilotte's Refrigeration
34 Sears Road
Swansea MA 02777-4517

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Chef's Warehouse
249 Food Ctr Drive
Bronx NY 10474

Christopher P. Rhodes, Esq.
Harrington & Rhodes, Ltd.
270 South County Trail
East Greenwich, RI 02818

Cintas
P.O. Box 631025
Cincinnati OH 45263-1025

Citrin Cooperman
500 Exchange Street, Ste 9-100
Providence RI 02903-2635

Corporation Service Company
801 Adlai Stevenson Drive
Springfield IL 62703-4261

Daniel E. Burgoyne, Esq.
Partridge Snow & Hahn LLP
40 Westminster Str, Ste 110
Providence RI 02903-2527

Joseph M. DiOrio
Pannone Lopes Devereaux & O'Gara LLC
1301 Atwood Avenue
Suite 215 N
Johnston, RI 02919-4946

Easy Ice, LLC
PO Box 650769
Dallas, TX 75265-0769

Ecolab Inc.
PO Box 32027
New York NY 10087-2027

Farm Fresh Rhode Island, LLC
10 Sims Avenue
Providence RI 02909-1165

Financial Agent Services
P.O. Box 2576
Springfield IL 62708-2576

Heller Properties LLC
Attn: Claude Goldstein
111 Fifth Street
Providence RI 02906-2801

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jacob Rojas
12 Valley Street
Jamestown RI 02835-1423

Kelly Ann Rojas
32 Deck Street
Jamestown RI 02835-2625

Krost CPA's
225 S. Lake Ave., Ste 400
Pasadena CA 91101-3010

Krost CPA's / Eisner Amper
225 S. Lake Ave
Suite 400
Pasadena, CA 91101-3010

Liberty Cleaning Inc.
25 Stone Drive
Cranston RI 02920-1321

Matthew J. McGowan
Sylvia & Kiskfy LLC
56 Exchange Terrace
Providence, RI 02903-1772

Mobile Mini, Inc.
4646 E. Van Buren Street
Suite 400
Phoenix, AZ 85008-6927

(p)NAVIGANT CREDIT UNION
1005 DOUGLAS PIKE
SMITHFIELD RI 02917-1206


New England Certified Dev Corp
500 Edgewater Drive, Ste 555
Wakefield MA 01880-6232

Sandra Nicholls
U.S. Trustee's Office
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903-1744

Sandra Nicholls
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903-1744


North Meadow Properties, LLC
109 Carr Lane
Jamestown RI 02835-1703

ODK Capital LLC
4700 W Daybreak Pkwy., Ste 200
South Jordan, UT 84009-5133

On Deck Capital
901 N Stuart St Ste 700
Arlington VA 22203-4129


Thomas P. Quinn
McLaughlin & Quinn
148 West River Street, Suite 1E
Providence, RI 02904-2615

Thomas P. Quinn
McLaughlinQuinn LLC
148 West River Street, Suite 1E
Providence, RI 02904-2615

RI Dept of Labor and Training
Employer Tax Unit
1511 Pontiac Avenue
Cranston RI 02920-4407


RI Division of Taxation
Bankruptcy Unit
co Richard P. Smith
Chief - Collection Section
One Capitol Hill
Providence, RI 02908-5816

RI Division of Taxation
Attn: Bankruptcy Unit
One Capitol Hill
Providence RI 02908-5801

Richard F. Hentz, Esq.
McGunagle Hentz, PC
2088 Broad Street
Providence RI 02905-3342


(p)U S  SECURITIES AND EXCHANGE COMMISSION
ATTN BOSTON REGIONAL OFFICE
33 ARCH STREET 24TH FLOOR
BOSTON MA 02110-1424

State of RI - Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920-4407

T.F. Kinnealey & Company
1100 Pearl Street
Brockton MA 02301-5410


Tallulah's Taqueria, LLC
146 Ives Street
Providence, RI 02906-3829

Tucker, Albin & Associates Inc
1702 N. Collins Blvd., #100
Richardson TX 75080-3662

U.S. Small Buisness Admin
2 North 20th Street, Ste 320
Birmingham AL 35203-4002


U.S. Small Business Admin
380 Westminster St., Rm. 511
Providence RI 02903-3239


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Caine & Weiner
P.O. Box 55848
Sherman Oaks CA 91413

Internal Revenue Service
Insolvency Unit 4th Floor
380 Westminster Street
Providence, RI 02903

(d)Internal Revenue Service
Insolvency Unit - 4th Floor
380 Westminster Street
Providence, RI 02903

Navigant Credit Union
1005 Douglas Pike
Smithfield, RI 02917

(d)Navigant Credit Union
1005 Douglas Pike
Smithfield RI 02917

Securities and Exchange
Boston Regional Office
33 Arch Street 23rd Floor
Boston, MA 02110-1424


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Joseph M. DiOrio
Pannone Lopes Devereaux & O'Gara LLC
1301 Atwood Avenue
Suite 215 N
Johnston, RI 02919-4946

(u)Farm Fresh Rhode Island

(d)State of RI - Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920-4407


End of Label Matrix
Mailable recipients    51
Bypassed recipients     3
Total                  54

R.I. Local Form 2016-1.1
(Rev. 3/3/2003)

## FEE APPLICATION SUMMARY SHEET

- - - - - - - - - - - - -x
:
**In re:**
:
Tallulah's Taqueria, LLC
:
**Debtor**
:
- - - - - - - - - - - - -x

BK No. 25-10270
Chapter 11 Sub V

**NAME OF APPLICANT:**
Joseph M. DiOrio

**ROLE IN THE CASE:**
Sub V Trustee

**CURRENT APPLICATION:**
Fees Requested: $ 249.31
Expenses Requested:$ 3,541.50
Blended Hourly Rate:$
(Excluding Paraprofessionals)

**Fees Previously Requested:** $ 0.00
**Fees Previously Awarded:** $ 0.00

**Expenses Previously Requested:** $0.00
**Expenses Previously Awarded:** $0.00

**Retainer Paid:**$0.00

## FEE APPLICATION

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED Current Application | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Joseph M. DiOrio | 1981 | 6.7 | $495.00 | $3,316.50 |
| **ASSOCIATES** | | | | |
| **PARAPROFESSIONALS** | | | | |
| Javellys Polanco | 2023 | 1 | $225.00 | $225.50 |

125

R.I. Local Form 2016-1.3
(Eff. 3/3/2003)

## <u>FINAL FEE ALLOWANCE SUMMARY</u>

- - - - - - - - - - - - - - - - - - - - - - x

**In re:**                              :
    Tallulah's Taqeria, LLC
Debtor                                 :          BK No. 25-10270
                         Chapter 11 Sub V

                         :

- - - - - - - - - - - - - - - - - - - - - - x

**FEES:**

    1. Period of Services in this Case:   <u>4/11/2025</u>   to   <u>7/21/2025</u>
    2. Total Hours of Services Performed in this Case: <u>7.7</u>
    3. Blended Hourly Rate for Fees Requested:       $ <u>459.93</u>
       (Excluding  paraprofessionals)
    4. Total Fee Award Requested:                   $ <u>3,541.50</u>
    5. Retainer Credited Against Award:             $ <u>0.00</u>
    6. Interim Fees Allowed and Credited Against Award:  $ <u>0.00</u>
    7. Final Payment Requested:                     $ <u>3,541.50</u>
    8. Approximate Distribution to Creditors in this Case:
        (a) Administrative:                         _____%
        (b) Secured:                                _____%
        (c) Unsecured:                              _____%

**EXPENSES:**

    1. Total Expense Reimbursements Requested:   $ <u>249.31</u>
    2. Expenses Allowed to Date:                 $_____
    3. Expense Request for Final Period:         $_____
    4. Breakdown of Item No. 3 Total:
        a. Travel Expense:                        $_____
        b. Postage:                               $ <u>86.34</u>
        c. Photocopies:                           $ <u>160.37</u>
        d. Express Mail/Messenger:                $_____
        e. Overtime Charges:                      $_____
        f. Other Expenses (Itemize):
                        $_____
                        $_____
                        $_____