UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In Re:  Tallulah's Taqueria, LLC                                                    BK No.: 25-10270
       Debtor-in-Possession                                                               Chapter 11

**<u>STIPULATION AND CONSENT ORDER FOR DISMISSAL</u>**

Tallulah's Taqueria, LLC, Debtor, Joseph M. DiOrio, Subchapter V Trustee, and the United States Trustee, hereby stipulate and agree as follows:

1. The Debtor filed a Voluntary Petition under Chapter 11 Subchapter V on April 7, 2025.

2. On April 11, 2025, Joseph M. DiOrio was appointed as Subchapter V Trustee of the Debtor.

3. On June 27, 2025, the United States Trustee filed a Motion to Dismiss or Convert the Debtor's case to Chapter 7 (Docket #55), asserting that dismissal appears to be in the best interests of creditors and the estate because there is no equity in the Debtor's assets.

4. On July 2, 2025, the Subchapter V Trustee filed an Objection to Motion to Dismiss or Convert to Chapter 7, noting that he had incurred $3,496.50 in fees and $161.85 in expenses for a total of $3,658.35 ("the Trustee's fees") and requesting that dismissal be conditioned upon payment of the Trustee's Fees. (Docket #56).

5. The Debtor, the United States Trustee and the Subchapter V Trustee consent to the to the dismissal of this Chapter 11 case and the payment of the Trustee's Fees, conditioned on the following:

    a) The Subchapter V Trustee filing an Application for Allowance of his Fees and Expenses.

    b) The Court entering an Order granting the Subchapter V Trustee's Fee Application.

    c) The Debtor voluntarily paying the Subchapter V Trustee's allowed fees and expenses as ordered by the Court within seven (7) days of entry of the Order; and

    d) The Subchapter V Trustee filing a Certification that his fees and expenses have been paid.

6. Upon the filing of the Certification, the Debtor's case will be dismissed without further notice or hearing.

Respectfully submitted,

| | |
|---|---|
| Debtor,<br>Tallulah's Taqueria, LLC<br>By its Attorneys, | Subchapter V Trustee,<br>Joseph M. DiOrio |
| /s/ Thomas P. Quinn<br>Thomas P. Quinn - #4780<br>McLaughlinQuinn LLC<br>148 West River Street, Suite 1E<br>Providence, RI 02904<br>Tel: (401) 421-5115<br>Fax: (401) 421-5141<br>E-Mail: tquinn@mclaughlinquinn.com | /s/ Joseph M. DiOrio<br>Joseph M. DiOrio (#2616)<br>Pannone Lopes Devereaux & O'Gara LLC<br>1301 Atwood Avenue, Suite 215N<br>Johnston, RI 02919<br>Tel: (401) 824-5180<br>Fax: (401) 824-5123<br>E-Mail: jdiorio@pldolaw.com |

William K. Harrington
United States Trustee for Region One,

/s/ Sandra Nicholls
Sandra Nicholls
Acting Assistant U.S. Trustee
U.S. Department of Justice
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace, Suite 431
Providence, RI 02903
Direct: (401) 528-5553
E-Mail: Sandra.Nicholls@usdoj.gov

Dated:   July 21, 2025

SO ORDERED:

ENTER:                                                    PER ORDER:


_____        _____
Deputy Clerk                                              Diane Finkle
                                                          U.S. Bankruptcy Court Judge

3

| In Re: Tallulah's Taqueria, LLC | Chapter 11 | BK No. 25-10270 |

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2025, I electronically filed a **Consent Order for Dismissal** with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM-ECF System. The following are CM/ECF System participants in this case eligible to receive notice of the filing of such paper(s) electronically:

- Sandra Nicholls — ustpregion01.pr.ecf@usdoj.gov, sandra.nicholls@usdoj.gov
- Joseph M. DiOrio — jdiorio@pldolaw.com, aperry@pldolaw.com, RI02@ecfcbis.com, pmacnie@pldolaw.com, kstamp@pldolaw.com, agruttadauria@pldolaw.com, arubino@pldolaw.com
- Daniel E. Burgoyne — dburgoyne@psh.com, kfrancois@psh.com
- Matthew J. McGowan — Mmcgowan@sklawri.com, kgerman@sklawri.com

I further certify that on July 21, 2025 I served a copy of the above-referenced paper(s) on the non-CM/ECF parties in interest listed below and to all creditors at the addresses noted on the attached Label Matrix for Local Noticing via first class mail, postage pre-paid,:

Internal Revenue Service
Insolvency Unit 4th Floor
380 Westminster Street
Providence, RI 02903

RI Division of Taxation
Bankruptcy Unit
Chief Collection Section
One Capitol Hill
Providence, RI 02903

State of RI - Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920

/s/ Merideth A. Woodside
Merideth A. Woodside

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0103-1<br>Case 1:25-bk-10270<br>District of Rhode Island<br>Providence<br>Mon Jul 21 10:55:02 EDT 2025 | Ally Auto<br>PO Box 380902<br>Minneapolis MN 55438-0902 | Ally Bank<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | American Express<br>PO Box 1270<br>Newark NJ 07101-1270 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Baldor Specialty Foods, Inc.<br>Mike T. Gustafson<br>320 S. Canal Street<br>Suite 3300<br>Chicago IL 60606-5707 | Baldor Specialty Inc<br>155 Food Center Drive<br>Bronx NY 10474-7136 | Daniel E. Burgoyne<br>Partridge Snow & Hahn LLP<br>40 Westminster Street, Suite 1100<br>Providence, RI 02903-2527 |
| CJ&J Trailer Leasing<br>dba Pilotte's Refrigeration<br>34 Sears Road<br>Swansea MA 02777-4517 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Chef's Warehouse<br>249 Food Ctr Drive<br>Bronx NY 10474 |
| Christopher P. Rhodes, Esq.<br>Harrington & Rhodes, Ltd.<br>270 South County Trail<br>East Greenwich, RI 02818 | Cintas<br>P.O. Box 631025<br>Cincinnati OH 45263-1025 | Citrin Cooperman<br>500 Exchange Street, Ste 9-100<br>Providence RI 02903-2635 |
| Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield IL 62703-4261 | Daniel E. Burgoyne, Esq.<br>Partridge Snow & Hahn LLP<br>40 Westminster Str, Ste 110<br>Providence RI 02903-2527 | Joseph M. DiOrio<br>Pannone Lopes Devereaux & O'Gara LLC<br>1301 Atwood Avenue<br>Suite 215 N<br>Johnston, RI 02919-4946 |
| Easy Ice, LLC<br>PO Box 650769<br>Dallas, TX 75265-0769 | Ecolab Inc.<br>PO Box 32027<br>New York NY 10087-2027 | Farm Fresh Rhode Island, LLC<br>10 Sims Avenue<br>Providence RI 02909-1165 |
| Financial Agent Services<br>P.O. Box 2576<br>Springfield IL 62708-2576 | Heller Properties LLC<br>Attn: Claude Goldstein<br>111 Fifth Street<br>Providence RI 02906-2801 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jacob Rojas<br>12 Valley Street<br>Jamestown RI 02835-1423 | Kelly Ann Rojas<br>32 Deck Street<br>Jamestown RI 02835-2625 |
| Krost CPA's<br>225 S. Lake Ave., Ste 400<br>Pasadena CA 91101-3010 | Krost CPA's / Eisner Amper<br>225 S. Lake Ave<br>Suite 400<br>Pasadena, CA 91101-3010 | Liberty Cleaning Inc.<br>25 Stone Drive<br>Cranston RI 02920-1321 |

Matthew J. McGowan
Sylvia & Kiskfy LLC
56 Exchange Terrace
Providence, RI 02903-1772

Mobile Mini, Inc
4646 E. Van Buren Street
Suite 400
Phoenix, AZ 85008-6927

(p)NAVIGANT CREDIT UNION
1005 DOUGLAS PIKE
SMITHFIELD RI 02917-1206


New England Certified Dev Corp
500 Edgewater Drive, Ste 555
Wakefield MA 01880-6232

Sandra Nicholls
U.S. Trustee's Office
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903-1744

Sandra Nicholls
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903-1744


North Meadow Properties, LLC
109 Carr Lane
Jamestown RI 02835-1703

ODK Capital LLC
4700 W Daybreak Pkwy., Ste 200
South Jordan, UT 84009-5133

On Deck Capital
901 N Stuart St Ste 700
Arlington VA 22203-4129


Thomas P. Quinn
McLaughlin & Quinn
148 West River Street, Suite 1E
Providence, RI 02904-2615

Thomas P. Quinn
McLaughlinQuinn LLC
148 West River Street, Suite 1E
Providence, RI 02904-2615

RI Dept of Labor and Training
Employer Tax Unit
1511 Pontiac Avenue
Cranston RI 02920-4407


RI Division of Taxation
Bankruptcy Unit
co Richard P. Smith
Chief - Collection Section
One Capitol Hill
Providence, RI 02908-5816

RI Division of Taxation
Attn: Bankruptcy Unit
One Capitol Hill
Providence RI 02908-5801

Richard F. Hentz, Esq.
McGunagle Hentz, PC
2088 Broad Street
Providence RI 02905-3342


(p)U S  SECURITIES AND EXCHANGE COMMISSION
ATTN BOSTON REGIONAL OFFICE
33 ARCH STREET 24TH FLOOR
BOSTON MA 02110-1424

State of RI - Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920-4407

T.F. Kinnealey & Company
1100 Pearl Street
Brockton MA 02301-5410


Tallulah's Taqueria, LLC
146 Ives Street
Providence, RI 02906-3829

Tucker, Albin & Associates Inc
1702 N. Collins Blvd., #100
Richardson TX 75080-3662

U.S. Small Buisness Admin
2 North 20th Street, Ste 320
Birmingham AL 35203-4002


U.S. Small Business Admin
380 Westminster St., Rm. 511
Providence RI 02903-3239



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Caine & Weiner
P.O. Box 55848
Sherman Oaks CA 91413

Internal Revenue Service
Insolvency Unit 4th Floor
380 Westminster Street
Providence, RI 02903

(d)Internal Revenue Service
Insolvency Unit - 4th Floor
380 Westminster Street
Providence, RI 02903

| | | |
|---|---|---|
| Navigant Credit Union<br>1005 Douglas Pike<br>Smithfield, RI 02917 | (d)Navigant Credit Union<br>1005 Douglas Pike<br>Smithfield RI 02917 | Securities and Exchange<br>Boston Regional Office<br>33 Arch Street 23rd Floor<br>Boston, MA 02110-1424 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Joseph M. DiOrio<br>Pannone Lopes Devereaux & O'Gara LLC<br>1301 Atwood Avenue<br>Suite 215 N<br>Johnston, RI 02919-4946 | (u)Farm Fresh Rhode Island | (d)State of RI - Labor and Training<br>Legal Department<br>Bldg 72 3rd Floor<br>1511 Pontiac Avenue<br>Cranston, RI 02920-4407 |

End of Label Matrix
Mailable recipients    51
Bypassed recipients     3
Total                  54