UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In Re:  Tallulah's Taqueria, LLC                                    BK No.: 25-10270
                    Debtor-in-Possession                           Chapter 11

**<u>STIPULATION AND CONSENT ORDER FOR DISMISSAL</u>**

Tallulah's Taqueria, LLC, Debtor, Joseph M. DiOrio, Subchapter V Trustee, and the United States Trustee, hereby stipulate and agree as follows:

1.      The Debtor filed a Voluntary Petition under Chapter 11 Subchapter V on April 7, 2025.

2.      On April 11, 2025, Joseph M. DiOrio was appointed as Subchapter V Trustee of the Debtor.

3.      On June 27, 2025, the United States Trustee filed a Motion to Dismiss or Convert the Debtor's case to Chapter 7 (Docket #55), asserting that dismissal appears to be in the best interests of creditors and the estate because there is no equity in the Debtor's assets.

4.      On July 2, 2025, the Subchapter V Trustee filed an Objection to Motion to Dismiss or Convert to Chapter 7, noting that he had incurred $3,496.50 in fees and $161.85 in expenses for a total of $3,658.35 ("the Trustee's fees") and requesting that dismissal be conditioned upon payment of the Trustee's Fees. (Docket #56).

5.      The Debtor, the United States Trustee and the Subchapter V Trustee consent to the to the dismissal of this Chapter 11 case and the payment of the Trustee's Fees, conditioned on the following:

   a)   The Subchapter V Trustee filing an Application for Allowance of his Fees and Expenses.

   b)   The Court entering an Order granting the Subchapter V Trustee's Fee Application.

In Re: Tallulah's Taqueria, LLC                        Chapter 11                                    BK No. 25-10270

c) The Debtor voluntarily paying the Subchapter V Trustee's allowed fees and expenses as ordered by the Court within seven (7) days of entry of the Order; and

d) The Subchapter V Trustee filing a Certification that his fees and expenses have been paid.

6. Upon the filing of the Certification, the Debtor's case will be dismissed without further notice or hearing.

Respectfully submitted,

Debtor,                                                    Subchapter V Trustee,
Tallulah's Taqueria, LLC                                  Joseph M. DiOrio
By its Attorneys,

/s/ Thomas P. Quinn                                       /s/ Joseph M. DiOrio
Thomas P. Quinn - #4780                                  Joseph M. DiOrio (#2616)
McLaughlinQuinn LLC                                      Pannone Lopes Devereaux & O'Gara LLC
148 West River Street, Suite 1E                          1301 Atwood Avenue, Suite 215N
Providence, RI 02904                                     Johnston, RI 02919
Tel: (401) 421-5115                                      Tel: (401) 824-5180
Fax: (401) 421-5141                                      Fax: (401) 824-5123
E-Mail: tquinn@mclaughlinquinn.com                      E-Mail: jdiorio@pldolaw.com

William K. Harrington
United States Trustee for Region One,

/s/ Sandra Nicholls
Sandra Nicholls
Acting Assistant U.S. Trustee
U.S. Department of Justice
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace, Suite 431
Providence, RI 02903
Direct: (401) 528-5553
E-Mail: Sandra.Nicholls@usdoj.gov

Dated:    July 21, 2025

2

In Re: Tallulah's Taqueria, LLC                    Chapter 11                         BK No. 25-10270

SO ORDERED:

ENTER:

PER ORDER:

_____
PR
_____
Deputy Clerk

Diane Finkle    7/21/25
U.S. Bankruptcy Court Judge