# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

In re:   Tallulah's Taqueria, LLC          Case No.:  1:25-bk-10270

Debtor (s)                                 Chapter:  11

## ORDER DISMISSING CASE

On 7/21/2025, a Conditional Consent Order [doc. #61] was entered stipulating therein 'Upon the filing of a Certification of Payment by the Subchapter V Trustee' the Debtor's case will be dismissed without further notice or hearing.

As the Certification of Payment [doc. #65] was filed by the Subchapter V Trustee on 8/29/2025, the within case is hereby **DISMISSED**.

*So Ordered:*

*/s/ Diane Finkle*
U.S. Bankruptcy Court Judge

Date: **9/3/2025**

Entered on Docket:   **9/3/2025**
Document Number:    **66**